| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

EASTERN DISTRICT OF LOUISIANA

Case number *(if known)* _____  Chapter **11**

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     **4/19**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Offshore Marine Contractors, Inc.** | |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **72-1446077** | |
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **133 West 113th Street**<br>**Cut Off, LA 70345**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Lafourche**<br>County | **Location of principal assets, if different from principal place of business**<br>**Vessels docked at shipyard when not at sea:**<br>**24964 Hwy. 1 Golden Meadow, LA 70357**<br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **http://offshoremarine.net/** | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ | |

Debtor   **Offshore Marine Contractors, Inc.**                              Case number (*if known*) _____
Name

| 7. | Describe debtor's business |
|---|---|

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
__4831__

| 8. | Under which chapter of the Bankruptcy Code is the debtor filing? |
|---|---|

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

| 9. | Were prior bankruptcy cases filed by or against the debtor within the last 8 years? |
|---|---|

☒ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

| 10. | Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor? |
|---|---|

☒ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

Debtor **Offshore Marine Contractors, Inc.**　　　　　　　　　　　Case number (*if known*) _____
　　　Name

---

**11. Why is the case filed in *this district?*** 　*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

　　What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
　　　　　　　　　　　　　　Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

　　　　Contact name _____

　　　　Phone _____

---

**　　　　Statistical and administrative information**

**13. Debtor's estimation of available funds** 　.　*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ■ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | **Offshore Marine Contractors, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| **Request for Relief, Declaration, and Signatures** |
|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **December  4, 2019**
                MM / DD / YYYY

**X** /s/ Raimy Eymard                                                 **Raimy Eymard**
Signature of authorized representative of debtor          Printed name

Title     **President**

**18. Signature of attorney**

**X** /s/ Paul Douglas Stewart, Jr.                    Date **December  4, 2019**
Signature of attorney for debtor                              MM / DD / YYYY

**Paul Douglas Stewart, Jr.**
Printed name

**Stewart Robbins Brown & Altazan, LLC**
Firm name

**301 Main Street, Suite 1640**
**Post Office Box 2348**
**Baton Rouge, LA 70821**
Number, Street, City, State & ZIP Code

Contact phone     **(225) 231-9998**          Email address

**24661 LA**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Offshore Marine Contractors, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF LOUISIANA

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    **12/15**

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December  4, 2019**    *X* **/s/ Raimy Eymard**
_____            _____
                                   Signature of individual signing on behalf of debtor

                                   **Raimy Eymard**
                                   _____
                                   Printed name

                                   **President**
                                   _____
                                   Position or relationship to debtor

12/04/19  5:27PM

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Offshore Marine Contractors, Inc.** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF LOUISIANA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Acadiana Hydraulic Works, Inc.**<br>**1608 W. Admiral Doyle Dr., Lot 2**<br>**New Iberia, LA 70560** | | | | | | **$13,054.57** |
| **Bluehenge Capital Secured Debt SBIC, LP**<br>**400 Convention St., Suite 1060**<br>**Baton Rouge, LA 70802** | | **M/V Olivia Grace; M/V Tobie Eymard & M/V Lacie Eymard; M/V Michael Eymard; Equipment, Chattel Paper, Instruments, Documents, Investment Property and G** | | **$40,356,261.00** | **$20,259,000.00** | **$20,097,261.00** |
| **Bluetide Communications**<br>**117 Nolan Rd.**<br>**Broussard, LA 70518** | | | | | | **$48,402.25** |
| **Caterpillar Financial Services**<br>**2120 West End Ave.**<br>**Nashville, TN 37203** | | **M/V Raimy Eymard (Official Number 1249839)** | | **$6,600,611.00** | **$4,500,000.00** | **$2,100,611.00** |
| **Encore Food Services**<br>**231 Capital Blvd.**<br>**Houma, LA 70360** | | | | | | **$192,263.10** |
| **Extreme Welding Service, LLC**<br>**P.O. Box 1256**<br>**Raceland, LA 70394** | | | | | | **$14,620.75** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                                          Best Case Bankruptcy

| Debtor | **Offshore Marine Contractors, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Gator Rigging, Inspection, Testing P.O. Box 2316 Morgan City, LA 70381 | | | | | | $11,678.83 |
| Glencor, Inc. Attn: Charles R. Glenn 11200 West 191st Street Spring Hill, KS 66083 | | Bareboat Liftboat Charter Agreement (L/B Jamie Eymard) | | | | $9,330,778.00 |
| Global Data Systems, Inc. Attn: Mark Ditsious 310 Laser Lane Lafayette, LA 70507 | | | Disputed | | | $32,936.39 |
| Go Marine Services P.O. Box 1698 Mandeville, LA 70470 | | | | | | $19,543.75 |
| Gulf Crane Services, Inc. P.O. Box 1843 Covington, LA 70434-1843 | | | | | | $18,741.52 |
| Lafourche Parish Sheriff's Office P.O. Box 5608 Thibodaux, LA 70302-5608 | | | | | | $17,414.61 |
| Marine Industrial Fabricators P.O. Box 9218 New Iberia, LA 70562 | | | | | | $7,830.00 |
| Motion Industries 5837 Hwy. 311 Houma, LA 70360 | | | | | | $35,553.57 |
| Parkway Services Group P.O. Box 842065 Boston, MA 02284-2065 | | | | | | $26,188.64 |
| Paul's Agency P.O. Box 1599 Gray, LA 70359 | | | | | | $364,172.29 |
| Provisions Energy & Marine Support P.O. Box 516 Broussard, LA 70518 | | | | | | $248,777.47 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Offshore Marine Contractors, Inc.** | | | | Case number *(if known)* | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Quality Paint & Supply 18297  La Hwy. 3235 Galliano, LA 70354** | | | | | | **$12,840.27** |
| **Schambo Manufacturing, LLC 100 Lemedicin Rd. Carencro, LA 70520** | | | | | | **$26,850.00** |
| **Sewart Supply, Inc. 1617 Hwy. 90 E P.O. Drawer L Morgan City, LA 70381** | | | | | | **$8,251.71** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

12/04/19  5:27PM

**Fill in this information to identify the case:**

Debtor name    **Offshore Marine Contractors, Inc.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF LOUISIANA

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                    **12/15**

| Part 1: | Summary of Assets |
|---|---|

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.........................................................................................    $        **1,000,000.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.......................................................................................    $       **31,345,576.17**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.........................................................................................    $       **32,345,576.17**

| Part 2: | Summary of Liabilities |
|---|---|

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $       **51,632,839.32**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................    $          **17,414.61**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$       **17,630,692.48**

4.    Total liabilities .........................................................................................................
   Lines 2 + 3a + 3b                                                                                              $       **69,280,946.41**

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Eastern District of Louisiana

In re **Offshore Marine Contractors, Inc.**

Case No. _____

Debtor(s)

Chapter **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ........................................................... $       **230,623.96**

Prior to the filing of this statement I have received ............................................. $       **230,623.96**

Balance Due ........................................................................................................... $       **0.00**

2. $ **0.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

■ Debtor      ☐ Other (specify):

4. The source of compensation to be paid to me is:

■ Debtor      ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

**See attached engagement letter.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**December  4, 2019**

*Date*

**/s/ Paul Douglas Stewart, Jr.**
**Paul Douglas Stewart, Jr.**
*Signature of Attorney*
**Stewart Robbins Brown & Altazan, LLC**
**301 Main Street, Suite 1640**
**Post Office Box 2348**
**Baton Rouge, LA 70821**
**(225) 231-9998  Fax: (225) 709-9467**
*Name of law firm*

---

# United States Bankruptcy Court
## Eastern District of Louisiana

In re   **Offshore Marine Contractors, Inc.**

Debtor(s)

Case No. _____

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Louis J. Eymard, II**<br>**121 Safari Heights**<br>**Cut Off, LA 70345** | | **33.331** | |
| **Michael M. Eymard**<br>**16379 Hwy 3235**<br>**Cut Off, LA 70345** | | **33.331** | |
| **Raimy D. Eymard**<br>**571 West 159th Street**<br>**Galliano, LA 70354** | | **33.331** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **December  4, 2019**

Signature   **/s/ Raimy Eymard**

**Raimy Eymard**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Eastern District of Louisiana

In re    **Offshore Marine Contractors, Inc.**                Case No. _____

                                        Debtor(s)        Chapter    **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **December 4, 2019** _____       **/s/ Raimy Eymard** _____

                                               **Raimy Eymard/President**

                                               Signer/Title

```
Office of the US Trustee
Texaco Ctr, Ste 2110
400 Poydras Street
New Orleans, LA 70130


District Counsel
Internal Revenue Service
Post Office Box 21126
Philadelphia, PA 19114-0326


Office of the US Attorney
501 Magazine St; Ste 210
New Orleans, LA 70130


General Counsel's Office
Internal Revenue Service
600 S. Maestri Place, Ste 947
New Orleans, LA 70130


David Kearns
Tax Division USDOJ
PO Box 14198 Ben Franklin Statio
Washington, DC 20530


Attorney General of the USA
Department of Justice
10th & Constitution Ave., NW
Washington, DC 20530


Internal Revenue Service*
Box 7346
Philadelphia, PA 19101-7346


A&A Brokers, LLC
c/o Charles Bourque Jr. & Joseph Jevic
St. Martin & Bourque, LLC
315 Barrow St.
Houma, LA 70360


Acadiana Diesel Fuel Injection
2615 Jefferson Island Rd.
New Iberia, LA 70560-2896


Acadiana Hydraulic Works, Inc.
1608 W. Admiral Doyle Dr., Lot 2
New Iberia, LA 70560
```

All American Paint & Supply
P.O. Box 3729
Houma, LA 70361-3729


All American Paint & Supply
9188 E. Main St.,
Houma, LA 70363


AM Supply
17961 Hwy, 3235
Galliano, LA 70354


American Recovery
16201 East Main St.
Cut Off, LA 70345


Attorney General of the United States
US Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530


Avis J. Bourg, Jr.
#4 Marigold Dr.
Covington, LA 70433


Benjamin W. Janke
Baker Donelson
201 St. Charles Ave., Suite 3600
New Orleans, LA 70170


Benjamin W. Kadden
Lugenbuhl, Wheaton, Peck,
Rankin & Hubbard
601 Poydras St., Suite 2775
New Orleans, LA 70130


Beverly Eymard, LLC
c/o Martin S. Bohman
133 West 113th Street
Cut Off, LA 70345


Blue Tide Communications, Inc.
Kevin M. Delcambre
200 Cummings Rd.
Broussard, LA 70518

Blue Tide Communications, Inc.
117 Nolan Rd.
Broussard, LA 70518


Bluehenge Capital Secured Debt SBIC, LP
400 Convention St., Suite 1060
Baton Rouge, LA 70802


Bluetide Communications
117 Nolan Rd.
Broussard, LA 70518


Bluewater Rubber & Gasket
P.O. Drawer 190
Houma, LA 70361


Bluewater Rubber & Gasket
1131 Barrow St.
Houma, LA 70360


Broussard Brothers, Inc.
501A South Main St.
Abbeville, LA 70510


Callais Office Supply
14402 West Main
Cut Off, LA 70345


Canon Solutions America
15004 Collection Center Dr.
Chicago, IL 60693


Caterpillar Financial Services
2120 West End Ave.
Nashville, TN 37203


CB Electrical Supplies
221 Railroad Ave.
Morgan City, LA 70380


Christopher Matthew Hannan
Baker Donelson
201 St. Charles Ave., Suite 3600
New Orleans, LA 70170

Complete Occupational Health
13554 Hwy. 3235
Larose, LA 70373


Cummins Mid-South, LLC
7388 Highway 182
Morgan City, LA 70380


Custom Abrasives, LLC
2525 Bay Area Blvd., Suite 290
Houston, TX 77058


Diesel Source Inc.
P.O. Box 8014
Houma, LA 70361


Diesel Source, Inc.
158 Technology Lane
Gray, LA 70359


EBR Services, LLC
P.O. Box 386
Abbeville, LA 70511-0386


EBR Services, LLC
102 Roto Park Dr.
Broussard, LA 70518


Encore Food Services
231 Capital Blvd.
Houma, LA 70360


Encore Food Services
P.O. Box 4193
Houma, LA 70361


Encore Food Services, LLC
Myron Lopez
231 Capital Blvd.
Houma, LA 70360


Encore Food Services, LLC
P.O. Box 4193
Houma, LA 70361

ES&H Consulting & Training Group
1730 Coteau Rd.
Houma, LA 70364

Expert Technology
11878 Hwy. 308
Larose, LA 70373

Express Supply & Steel
P.O. Box 5091
Houma, LA 70361-5091

Express Supply & Steel
932 Highway 182
Raceland, LA 70394

Extreme Welding Service, LLC
P.O. Box 1256
Raceland, LA 70394

Extreme Welding Services, LLC
c/o Adrien Danos
18367 Hwy. 3235
Galliano, LA 70354

Fastenal Company
P.O. Box 978
Winona, MN 55987-0978

Fastenal Company
2001 Theurer Blvd.
Winona, MN 55987

Fleet Supply
P.O. Box 9055
Houma, LA 70361

Fleet Supply
1714 Barrow St.
Houma, LA 70360

Forefront Emergency Management, LP
2802 Flintrock Trace # B104
Lakeway, TX 78738

Gator Rigging, Inspection, Testing
P.O. Box 2316
Morgan City, LA 70381


Gator Rigging, Inspection, Testing & Su
9607 Highway 182 E
Morgan City, LA 70380


Glencor, Inc.
Attn: Charles R. Glenn
11200 West 191st Street
Spring Hill, KS 66083


Glencor, Inc.
Tony Staines
Staines & Eppling Law Corporation
3500 N. Causeway Blvd., Ste. 820
Metairie, LA 70002


Global Data Systems, Inc.
Attn: Mark Ditsious
310 Laser Lane
Lafayette, LA 70507


Go Marine Services
P.O. Box 1698
Mandeville, LA 70470


Go Marine Services
101 Ashland Way
Madisonville, LA 70447


Golden Meadow True Value
P.O. Box 667
205 North Bayou Rd.
Golden Meadow, LA 70357


Gulf Crane Services, Inc.
P.O. Box 1843
Covington, LA 70434-1843


Gulf Crane Services, Inc.
c/o Charles Bollinger
73413 Bollfield Rd.
Covington, LA 70435

Hanagriff's Machine Shop
P.O. Box 9
Centerville, LA 70522


Hanagriff's Machine Shop
8728 Hwy. 182
Centerville, LA 70522


Henry A. King
King & Jurgens, LLC
201 St. Charles Ave., 45th Floor
New Orleans, LA 70170


Hose Speciality & Supply
c/o Crescent City Corp.
701 Poydras St., Suite 3600
New Orleans, LA 70139


Hose Specialty & Supply
P.O. Box 841388
Dallas, TX 75284-1388


J. Eric Lockridge
Kean Miller LLP
400 Convention St., Suite 700
Baton Rouge, LA 70802


James R. Chastain, Jr.
Kean Miller, LLP
400 Convention St., Suite 700
Baton Rouge, LA 70802


Jan Hayden
Baker Donelson
201 St. Charles Ave., Suite 3600
New Orleans, LA 70170


John A. Cangelosi
King & Jurgens, LLC
201 St. Charles Ave., 45th Floor
New Orleans, LA 70170


Kristen Lewis Hayes
Baker Donelson
201 St. Charles Ave., Suite 3600
New Orleans, LA 70170

Lafourche Parish Sheriff's Office
P.O. Box 5608
Thibodaux, LA 70302-5608


Larose Upholstery
P.O. Box 364
Larose, LA 70373


Lexie Water Association, Inc.
302 Hwy. 27 South
P.O. Box 167
Tylertown, MS 39667


Louis J. Eymard, II
121 Safari Heights
Cut Off, LA 70345


Louisiana Machinery
3799 West Airline Hwy.
Reserve, LA 70084


M&A Safety Services
1210 Import Dr.
New Iberia, LA 70560


Marine Industrial Fabricators
P.O. Box 9218
New Iberia, LA 70562


Marine Industrial Fabricators
Port of Iberia
4912 Marina Rd.
New Iberia, LA 70560


Maritime Safety Solutions, LLC
14626 West Main St.
P.O. Box 538
Cut Off, LA 70345


Marsh USA, Inc.
One Shell Square
701 Poydras St., Suite 4125
New Orleans, LA 70139

Marsh, Inc.
P.O. Box 846015
Dallas, TX 75284-6015

MC Electric
P.O. Box 930
Amelia, LA 70340

MC Electric
326 Degravelle Rd.
Amelia, LA 70340

Melaco Sisters
P.O. Box 417
16230 Hwy. 3235
Cut Off, LA 70345

Michael L. Vincenzo
King & Jurgens, LLC
201 St. Charles Ave., 45th Floor
New Orleans, LA 70170

Michael M. Eymard
16379 Hwy 3235
Cut Off, LA 70345

Mississippi River Bank
Belle Chasse Main Office
8435 Hwy. 23
Belle Chasse, LA 70037

Motion Industries
5837 Hwy. 311
Houma, LA 70360

Norma M. Lirette
1261 Roberts St.
Houma, LA 70364

Nuts & Bolts, Inc.
6950
Alma St.
Houma, LA 70364

Parkway Services Group
P.O. Box 842065
Boston, MA 02284-2065


Patrick K. Reso
Seale & Ross, P.L.C.
200 North Cate St.
P.O. Drawer 699
Hammond, LA 70404


Paul's Agency
P.O. Box 1599
Gray, LA 70359


Phillip K. Jones, Jr.
701 Poydras Street, Suite 5000
New Orleans, LA 70139


Provisions Energy & Marine Support
P.O. Box 516
Broussard, LA 70518


Provisions Energy & Marine Support
CTD Legacy, LLC
204 Jared Dr.
Broussard, LA 70518


Quality Paint & Supply
18297  La Hwy. 3235
Galliano, LA 70354


Raimy D. Eymard
571 West 159th Street
Galliano, LA 70354


Richard L. Traina
Seale & Ross, P.L.C.
200 North Cate St.
P.O. Drawer 699
Hammond, LA 70404


Richard's Restaurant Supply
P.O. Box 4035
Houma, LA 70361

Richard's Restaurant Supply
235 S. Hollywood Rd.
Houma, LA 70360


Safety & Training Consultants, LLC
219 Venture Blvd.
Houma, LA 70360


Safezone Safety Systems, LLC
P.O. Box 1923
Gray, LA 70359


Schambo Manufacturing, LLC
100 Lemedicin Rd.
Carencro, LA 70520


Scurlock Electric, LLC
1903 Grand Caillou Rd.
Houma, LA 70360


Sea Ropes Complaint Rigging & Testing
189 Thompson Rd.
Houma, LA 70363


Sea Safety & Survival, Inc.
128 Thompson Rd.
Houma, LA 70363


Sean T. McLaughlin
McClain & Schonekas
909 Poydras St., Suite 3600
New Orleans, LA 70112


Sewart Supply, Inc.
1617 Hwy. 90 E
P.O. Drawer L
Morgan City, LA 70381


Sonia Poincon
Through Counsel of Record:
Bobby J. Delise & Jeannette M. Delise
5190 Canal Blvd., Suite 103
New Orleans, LA 70124

Sonia Poincon
Through Cousel of Record:
Alton J. Hall, Jr.
528 W. 21st Ave.
Covington, LA 70433


Southern Crane & Hydraulics
215 Bridge Rd.
Houma, LA 70363


Southern Crane & Hydraulics, LLC
P.O. Box 39
Bourg, LA 70343


Southern Home Furnishing
P.O. Box 1299
Larose, LA 70373


Southern Home Furnishings
14814 West Main St.
Cut Off, LA 70345


Synergy Resources, LLC
P.O. Box 53508
Lafayette, LA 70505


Synergy Resources, LLC
5900 U.S. Highway 90 East
Broussard, LA 70518


Taylor Tool & Supply
1011 Granada Dr.
New Iberia, LA 70560


The US Maritime Administration (MARAD)
U.S. Department of Transportation
1200 New Jersey Avenue S.E.
Washington, DC 20590


Timothy S. Madden
King & Jurgens, LLC
201 St. Charles Ave., 45th Floor
New Orleans, LA 70170

U.S. Attorney for the EDLA
650 Poydras Street
Suite 1600
New Orleans, LA 70130


United Community Bank
13386 West Main St.
Larose, LA 70373


Unlimited Control & Supply
P.O. Box 1894
Houma, LA 70361


Unlimited Control & Supply
1043 West Tunnel Blvd.
Houma, LA 70360


Vida Paint & Supply
811 Hilda St.
Morgan City, LA 70380


Vida Paint & Supply Inc.
P.O. Box 2706
Morgan City, LA 70381

# United States Bankruptcy Court
## Eastern District of Louisiana

In re  **Offshore Marine Contractors, Inc.**

Debtor(s)

Case No.

Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Offshore Marine Contractors, Inc.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**December  4, 2019**

Date

**/s/ Paul Douglas Stewart, Jr.**

**Paul Douglas Stewart, Jr.**

Signature of Attorney or Litigant

Counsel for  **Offshore Marine Contractors, Inc.**

**Stewart Robbins Brown & Altazan, LLC**

**301 Main Street, Suite 1640**
**Post Office Box 2348**
**Baton Rouge, LA 70821**
**(225) 231-9998 Fax:(225) 709-9467**