12/04/19 5:27PM

**Fill in this information to identify the case:**

Debtor name **Offshore Marine Contractors, Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF LOUISIANA

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property  12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1: Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

**Current value of debtor's interest**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Mississippi River Bank | Operating Account | 6359 | $198,371.43 |
| 3.2. | Mississippi River Bank | Cash Collateral Account | 5824 | $0.00 |
| 3.3. | Mississippi River Bank | Capital Construction Fund | 2868 | $9,963.00 |
| 3.4. | East West Bank | Lucas Bourg Sale Proceeds | 2134 | $2,559,000.00 |
| 3.5. | Mississippi River Bank | Certificate of Deposit | 3388 | $76,053.58 |
| 3.6. | Mississippi River Bank | Certificate of Deposit | 3472 | $100,500.63 |

4. **Other cash equivalents** *(Identify all)*

Debtor **Offshore Marine Contractors, Inc.** Case number *(If known)*
  Name

| | | |
|---|---|---|
| 5. | **Total of Part 1.** | **$2,943,888.64** |
| | Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | |

**Part 2: Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

   8.1. **Prepaid Employee Benefits** $0.00

   8.2. **Prepaid Insurances** $570,000.00

   8.3. **Prepaid Retainers** $157,637.76

   8.4. **Prepaid Expenses** $24,769.00

9. **Total of Part 2.** $752,406.76
   Add lines 7 through 8. Copy the total to line 81.

**Part 3: Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

   11a. 90 days old or less: **2,391,579.99** − 0.00 = .... $2,391,579.99
   face amount        doubtful or uncollectible accounts

   11b. Over 90 days old: **1,763,469.78** − 0.00 = .... $1,763,469.78
   face amount        doubtful or uncollectible accounts

12. **Total of Part 3.** $4,155,049.77
   Current value on lines 11a + 11b = line 12. Copy the total to line 82.

**Part 4: Investments**

13. **Does the debtor own any investments?**

☐ No. Go to Part 5.
■ Yes Fill in the information below.

Debtor **Offshore Marine Contractors, Inc.** Case number *(If known)*
Name

| | | | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1** Name of fund or stock: | | | | |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** Name of entity: | % of ownership | | | |
| 15.1. | **Louie Eymard, L.L.C. (no assets and no longer operating)** | 100 | % | **Mgmt. Estimate** | **$0.00** |
| 15.2. | **Lacie Bourg, L.L.C. (no assets and no longer operating since 2015)** | 100 | % | **Mgmt. Estimate** | **$0.00** |
| 15.3. | **Beverly Eymard, L.L.C. (no assets and no longer operating since 2017)** | 100 | % | **Mgmt. Estimate** | **$0.00** |
| 15.4. | **A.J. Bourg, L.L.C. (no assets and no longer operating since 2015)** | 100 | % | **Mgmt. Estimate** | **$0.00** |
| 15.5. | **Courtney Gabrielle, L.L.C. (no assets and no longer operating since 2017)** | 100 | % | **Mgmt. Estimate** | **$0.00** |
| 15.6. | **Lucas Bourg, L.L.C. (no assets and no longer operating since 2014)** | 100 | % | **Mgmt. Estimate** | **$0.00** |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

17. **Total of Part 4.** $0.00
Add lines 14 through 16. Copy the total to line 83.

Part 5: **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☒ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** **Inventory** | **12/31/14** | **$0.00** | **Tax records** | **$224,796.00** |
| 22. **Other inventory or supplies** | | | | |

Debtor **Offshore Marine Contractors, Inc.**     Case number *(If known)*
      Name

| | | |
|---|---|---|
| 23. | **Total of Part 5.** | **$224,796.00** |
| | Add lines 19 through 22. Copy the total to line 84. | |

24. **Is any of the property listed in Part 5 perishable?**
   ■ No
   ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
   ■ No
   ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

### Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No. Go to Part 7.
   ☐ Yes Fill in the information below.

### Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No. Go to Part 8.
   ■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** <br> Office furnishings | $0.00 | Mgmt. Estimate | $20,000.00 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** <br> Office Equipment, Computers, Communications Equipment | $0.00 | Mgmt. Estimate | $15,000.00 |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| | | |
|---|---|---|
| 43. | **Total of Part 7.** | **$35,000.00** |
| | Add lines 39 through 42. Copy the total to line 86. | |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
   ■ No
   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

### Part 8: Machinery, equipment, and vehicles

Debtor **Offshore Marine Contractors, Inc.** Case number *(If known)*
Name

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2008 Chevy Impala (VIN)** | $532.00 | Mgmt's Estimate | $1,500.00 |
| 47.2. **2011 Chevrolet Silverado 1500 LT, VIN # 3GCPCSEA9BG219329 (leased)** | $0.00 | N/A | $0.00 |
| 47.3. **2011 Chevrolet Express 3500 LS, VIN # 1GAZGZFG4B1127416 (leased)** | $0.00 | N/A | $0.00 |
| 47.4. **2013 Chevrolet Silverado 1500, VIN # 1GCRCPEA3DZ131837 (leased)** | $0.00 | N/A | $0.00 |
| 47.5. **2014 Chevrolet Silverado 1500, VIN # 1GCRCPEC0EZ102007 (leased)** | $0.00 | N/A | $0.00 |
| 47.6. **2018 Ford Transit-350, VIN # 1FBZX2ZM4JKA77663 (leased)** | $0.00 | N/A | $0.00 |
| 47.7. **2018 Ford Transit-350, VIN # 1FBZX2ZM9JKA34176 (leased)** | $0.00 | N/A | $0.00 |
| 47.8. **2019 Chevrolet Silverado 1500, VIN # 1GCUYGED5KZ101824 (leased)** | $0.00 | N/A | $0.00 |
| 47.9. **Big Tex - Tilting Trailer** | $650.00 | Mgmt's Estimate | $3,500.00 |
| 47.10. **Big Tex 22' Tilting Trailer** | $650.00 | Mgmt's Estimate | $3,500.00 |
| 47.11. **2001 Cappalett Trailer** | $0.00 | Mgmt's Estimate | $10,000.00 |
| 47.12. **2006 Utility Trailer** | $0.00 | Mgmt's Estimate | $1,500.00 |
| 47.13. **2007 Top Hat Trailer** | $0.00 | Mgmt's Estimate | $5,000.00 |
| 47.14. **ATV - Polaris 800 Crew** | $0.00 | Mgmt's Estimate | $5,000.00 |

Debtor **Offshore Marine Contractors, Inc.** Case number *(If known)*
     Name

| | | | | |
|---|---|---|---|---|
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| | 48.1. **M/V Olivia Grace (Official Number 1215002)** | $5,068,533.00 | **Mgmt. Estimate** | $4,200,000.00 |
| | 48.2. **M/V Tobie Eymard (Official Number 1246620)** | $9,524,457.00 | **Mgmt. Estimate** | $4,500,000.00 |
| | 48.3. **M/V Lacie Eymard (Official Number 1256246)** | $11,332,039.00 | **Mgmt. Estimate** | $4,500,000.00 |
| | 48.4. **M/V Raimy Eymard (Official Number 1249839)** | $9,715,266.00 | **Mgmt. Estimate** | $4,500,000.00 |
| | 48.5. **Tug (40' Barge) (LAZ37035H180)** | Unknown | **Mgmt. Estimate** | $20,000.00 |
| | 48.6. **Houseboat** | $942,882.00 | **Mgmt. Estimate** | $600,000.00 |
| | 48.7. **22' Aluminum Boat (AWLC0260B313)** | $0.00 | **Mgmt. Estimate** | $10,000.00 |
| | 48.8. **M/V Michael Eymard (Official Number 1239850)** | $4,009,466.00 | **Mgmt. Estimate** | $4,500,000.00 |
| | 48.9. **M/V Jamie G. Eymard (leased)** | $0.00 | **Mgmt. Estimate** | $0.00 |
| | 48.10. **Dagate Rescue Boat # 2** | $0.00 | **Mgmt. Estimate** | $2,500.00 |
| 49. | **Aircraft and accessories** | | | |
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| | **Equipment** | $0.00 | **Mgmt. Estimate** | $20,000.00 |
| | **Cantilever** | $0.00 | **Mgmt's Estimate** | $50,000.00 |
| 51. | **Total of Part 8.** Add lines 47 through 50. Copy the total to line 87. | | | $22,932,500.00 |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
■ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☐ No
■ Yes

| Part 9: | **Real property** |
|---|---|

Debtor  **Offshore Marine Contractors, Inc.**        Case number *(If known)*
      Name

54. **Does the debtor own or lease any real property?**

  ☐ No. Go to Part 10.
  ■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Real property and improvements located at 133 W 113th Street, Cutoff, LA.** | **Fee Simple** | **$0.00** | **Mgmt's Estimate** | **$1,000,000.00** |

56. **Total of Part 9.**                                                                    **$1,000,000.00**
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
    Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
  ☐ No
  ■ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
  ■ No
  ☐ Yes

**Part 10:**   **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

  ☐ No. Go to Part 11.
  ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites**<br>**http://offshoremarine.net/** | **Unknown** | **N/A** | **Unknown** |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations**<br>**Customer List (approximately 500 contacts)** | **Unknown** | **N/A** | **Unknown** |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

Debtor **Offshore Marine Contractors, Inc.** Case number *(If known)*
        Name

66. **Total of Part 10.**     **$0.00**

    Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
    - ■ No
    - ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    - ■ No
    - ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    - ■ No
    - ☐ Yes

| Part 11: | **All other assets** |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    - ☐ No. Go to Part 12.
    - ■ Yes Fill in the information below.

        **Current value of debtor's interest**

71. **Notes receivable**
    Description (include name of obligor)

| Description | Total face amount | | doubtful or uncollectible amount | | Current value |
|---|---|---|---|---|---|
| **Loan Receivable to Michael Eymard for $1,351,635 on books.** | 1,351,635.00 | - | 1,351,635.00 | = | $0.00 |
| **Loan Receivable - Tram Investments, Inc. face value of $4,996,760.00.** | 4,996,760.00 | - | 4,996,760.00 | = | $0.00 |
| **Loan receivable - Diamond Double E Ranch, LLC face value $369,734.00, previously liquidated.** | 369,734.00 | - | 369,734.00 | = | $0.00 |
| **Loan Receivable - Tram Shipyards, Inc., face value of $600.00** | 600.00 | - | 0.00 | = | $600.00 |
| **Loan Receivable - Offshore Construction & Diving, Inc., face amount $200, company is bankrupt.** | 200.00 | - | 200.00 | = | $0.00 |
| **Loan Receivable - Daryl Richoux, face value of $25,000.** | 25,000.00 | - | 0.00 | = | $25,000.00 |
| **Loan Receivable - Raimy Eymard, face value of $851,392.00.** | 951,392.00 | - | 951,392.00 | = | $0.00 |
| **Loan Receivable - Louis Eymard, face value of $827,524.00.** | 827,524.00 | - | 827,524.00 | = | $0.00 |

Debtor **Offshore Marine Contractors, Inc.** Case number *(If known)*
Name

| | | | | |
|---|---|---|---|---|
| **Loan Receivable to Glencoe Shareholders, face value of $710,000, carry over from merger.** | 710,000.00<br>Total face amount | - | 710,000.00<br>doubtful or uncollectible amount | =<br>**$0.00** |

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

| | | |
|---|---|---|
| **$16,607,368 NOLs** | Tax year **2018** | **Unknown** |
| **Property Tax due from State of Louisiana** | Tax year **2017** | **$112,329.00** |
| **Property Tax due from State of Louisiana** | Tax year **2018** | **$157,046.00** |

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
    **Third Party Complaint filed against REC Marine Logistics, LLC in that matter Sonia Poincon v. Offshore Marine Contractors, Inc., REC Marine Logistics, L.L.C. and United Community Bank seeking reimbursement of maintenance and cure benefits and/or payments.**
    Nature of claim
    Amount requested $0.00  **Unknown**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
    **Excess Deductible due from Thomas Miller Insurance ($10,015 uncollectable)**  **$1,960.00**

    **Warehouse Supplies**  **$5,000.00**

78. **Total of Part 11.**  **$301,935.00**
    Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

Debtor **Offshore Marine Contractors, Inc.**     Case number *(If known)*
     Name

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $2,943,888.64 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $752,406.76 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $4,155,049.77 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $224,796.00 | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $35,000.00 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $22,932,500.00 | |
| 88. | **Real property.** *Copy line 56, Part 9.......>* | | $1,000,000.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + $301,935.00 | |
| 91. | **Total.** Add lines 80 through 90 for each column | $31,345,576.17   + 91b. | $1,000,000.00 |
| 92. | **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $32,345,576.17 |