12/04/19 5:27PM

**Fill in this information to identify the case:**

Debtor name: **Offshore Marine Contractors, Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF LOUISIANA

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property 12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1** **Bluehenge Capital Secured Debt SBIC, LP**
Creditor's Name

400 Convention St., Suite 1060
Baton Rouge, LA 70802
Creditor's mailing address

_____
Creditor's email address, if known

Date debt was incurred
06-21-13
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**M/V Olivia Grace; M/V Tobie Eymard & M/V Lacie Eymard; M/V Michael Eymard; Equipment, Chattel Paper, Instruments, Documents, Investment Property and General Intangibles as stated in UCC Filing; M/V Lucas Bourg Sale Proceeds**

Describe the lien
**Preferred Ship Mortgage; Subordinate UCC-1**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$40,356,261.00 | $20,259,000.00

---

**2.2** **Caterpillar Financial Services**
Creditor's Name

2120 West End Ave.
Nashville, TN 37203
Creditor's mailing address

_____
Creditor's email address, if known

Date debt was incurred
11-13-13

Describe debtor's property that is subject to a lien
**M/V Raimy Eymard (Official Number 1249839)**

Describe the lien
**Preferred Ship Mortgage**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

$6,600,611.00 | $4,500,000.00

---

Official Form 206D     Schedule D: Creditors Who Have Claims Secured by Property     page 1 of 3

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor  **Offshore Marine Contractors, Inc.**  Case number (if know)
         Name

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

| 2.3 | **Mississippi River Bank** | Describe debtor's property that is subject to a lien | $3,881,416.32 | $6,398,610.63 |
|---|---|---|---|---|

Creditor's Name

**Accounts, Inventory, Equipment, Intangibles, subordinate ship and real property mortgages, see Exhibit D-1 for complete listing.**

**Belle Chasse Main Office
8435 Hwy. 23
Belle Chasse, LA 70037**

Creditor's mailing address

**Describe the lien**
**UCC, Subordinate Ship Mortgage, subordinate mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No

**Date debt was incurred**
**6/15/15**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

| 2.4 | **United Community Bank** | Describe debtor's property that is subject to a lien | $794,551.00 | $1,000,000.00 |
|---|---|---|---|---|

Creditor's Name

**Real property and improvements located at 133 W 113th Street, Cutoff, LA.**

**13386 West Main St.
Larose, LA 70373**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No

**Date debt was incurred**
**8/1/14**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**  $51,632,839.32

**Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,

12/04/19 5:27PM

| Debtor | Offshore Marine Contractors, Inc. | Case number (if know) | |
|---|---|---|---|
| | Name | | |

assignees of claims listed above, and attorneys for secured creditors.

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Jan Hayden**<br>**Baker Donelson**<br>**201 St. Charles Ave., Suite 3600**<br>**New Orleans, LA 70170** | Line __2.2__ | |
| **Phillip K. Jones, Jr.**<br>**701 Poydras Street, Suite 5000**<br>**New Orleans, LA 70139** | Line __2.1__ | |