| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Offshore Marine Contractors, Inc.** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF LOUISIANA |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:** List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Lafourche Parish Sheriff's Office**<br>**P.O. Box 5608**<br>**Thibodaux, LA 70302-5608**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | **$17,414.61** | **$17,414.61** |

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  |  | **Amount of claim** |
|---|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address<br>**A&A Brokers, LLC**<br>**c/o Charles Bourque Jr. & Joseph Jevic**<br>**St. Martin & Bourque, LLC**<br>**315 Barrow St.**<br>**Houma, LA 70360**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Alleged Breach of Contract Claim**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.2 | Nonpriority creditor's name and mailing address<br>**Acadiana Diesel Fuel Injection**<br>**2615 Jefferson Island Rd.**<br>**New Iberia, LA 70560-2896**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$593.20** |

| Debtor | **Offshore Marine Contractors, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.3 | **Nonpriority creditor's name and mailing address** **Acadiana Hydraulic Works, Inc.** **1608 W. Admiral Doyle Dr., Lot 2** **New Iberia, LA 70560** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$13,054.57** |
| --- | --- | --- | --- |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address** **All American Paint & Supply** **P.O. Box 3729** **Houma, LA 70361-3729** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$2,815.68** |
| --- | --- | --- | --- |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.5 | **Nonpriority creditor's name and mailing address** **AM Supply** **17961 Hwy, 3235** **Galliano, LA 70354** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$687.41** |
| --- | --- | --- | --- |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.6 | **Nonpriority creditor's name and mailing address** **American Recovery** **16201 East Main St.** **Cut Off, LA 70345** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$236.00** |
| --- | --- | --- | --- |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7 | **Nonpriority creditor's name and mailing address** **Avis J. Bourg, Jr.** **#4 Marigold Dr.** **Covington, LA 70433** | **As of the petition filing date, the claim is:** Check all that apply. ■ Contingent ■ Unliquidated ■ Disputed | **$7,161,311.97** |
| --- | --- | --- | --- |
| | Date(s) debt was incurred **11/24/14** Last 4 digits of account number _ | **Basis for the claim:** **Stock redemption (Offshore Marine Contractors, Inc. and Offshore Marine, Inc.)** Is the claim subject to offset? ■ No ☐ Yes | |

| 3.8 | **Nonpriority creditor's name and mailing address** **Beverly Eymard, LLC** **c/o Martin S. Bohman** **133 West 113th Street** **Cut Off, LA 70345** | **As of the petition filing date, the claim is:** Check all that apply. ■ Contingent ☐ Unliquidated ☐ Disputed | **Unknown** |
| --- | --- | --- | --- |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** **Contingent Indemnification Claim** Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9 | **Nonpriority creditor's name and mailing address** **Bluetide Communications** **117 Nolan Rd.** **Broussard, LA 70518** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$48,402.25** |
| --- | --- | --- | --- |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | |

Debtor **Offshore Marine Contractors, Inc.**  Case number (if known)
Name

| | | |
|---|---|---|
| 3.10 | **Nonpriority creditor's name and mailing address**<br>**Bluewater Rubber & Gasket**<br>**P.O. Drawer 190**<br>**Houma, LA 70361**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | $1,392.62 |
| 3.11 | **Nonpriority creditor's name and mailing address**<br>**Callais Office Supply**<br>**14402 West Main**<br>**Cut Off, LA 70345**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | $47.41 |
| 3.12 | **Nonpriority creditor's name and mailing address**<br>**Canon Solutions America**<br>**15004 Collection Center Dr.**<br>**Chicago, IL 60693**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | $183.48 |
| 3.13 | **Nonpriority creditor's name and mailing address**<br>**CB Electrical Supplies**<br>**221 Railroad Ave.**<br>**Morgan City, LA 70380**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | $1,990.76 |
| 3.14 | **Nonpriority creditor's name and mailing address**<br>**Complete Occupational Health**<br>**13554 Hwy. 3235**<br>**Larose, LA 70373**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | $1,325.00 |
| 3.15 | **Nonpriority creditor's name and mailing address**<br>**Cummins Mid-South, LLC**<br>**7388 Highway 182**<br>**Morgan City, LA 70380**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | $3,523.78 |
| 3.16 | **Nonpriority creditor's name and mailing address**<br>**Custom Abrasives, LLC**<br>**2525 Bay Area Blvd., Suite 290**<br>**Houston, TX 77058**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | $3,278.33 |

Debtor **Offshore Marine Contractors, Inc.**     Case number (if known)
     Name

| 3.17 | **Nonpriority creditor's name and mailing address**<br>**Diesel Source Inc.**<br>**P.O. Box 8014**<br>**Houma, LA 70361**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$831.41** |
|---|---|---|---|
| 3.18 | **Nonpriority creditor's name and mailing address**<br>**EBR Services, LLC**<br>**P.O. Box 386**<br>**Abbeville, LA 70511-0386**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$918.75** |
| 3.19 | **Nonpriority creditor's name and mailing address**<br>**Encore Food Services**<br>**231 Capital Blvd.**<br>**Houma, LA 70360**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$192,263.10** |
| 3.20 | **Nonpriority creditor's name and mailing address**<br>**Expert Technology**<br>**11878 Hwy. 308**<br>**Larose, LA 70373**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$9.82** |
| 3.21 | **Nonpriority creditor's name and mailing address**<br>**Express Supply & Steel**<br>**P.O. Box 5091**<br>**Houma, LA 70361-5091**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$475.75** |
| 3.22 | **Nonpriority creditor's name and mailing address**<br>**Extreme Welding Service, LLC**<br>**P.O. Box 1256**<br>**Raceland, LA 70394**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$14,620.75** |
| 3.23 | **Nonpriority creditor's name and mailing address**<br>**Fastenal Company**<br>**P.O. Box 978**<br>**Winona, MN 55987-0978**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$102.24** |

Debtor   **Offshore Marine Contractors, Inc.**   Case number (if known)
         Name

| 3.24 | **Nonpriority creditor's name and mailing address** <br> **Fleet Supply** <br> **P.O. Box 9055** <br> **Houma, LA 70361** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _ <br> Is the claim subject to offset? ■ No ☐ Yes | **$4,203.55** |
|---|---|---|---|
| 3.25 | **Nonpriority creditor's name and mailing address** <br> **Forefront Emergency Management, LP** <br> **2802 Flintrock Trace # B104** <br> **Lakeway, TX 78738** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _ <br> Is the claim subject to offset? ■ No ☐ Yes | **$2,400.00** |
| 3.26 | **Nonpriority creditor's name and mailing address** <br> **Gator Rigging, Inspection, Testing** <br> **P.O. Box 2316** <br> **Morgan City, LA 70381** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _ <br> Is the claim subject to offset? ■ No ☐ Yes | **$11,678.83** |
| 3.27 | **Nonpriority creditor's name and mailing address** <br> **Glencor, Inc.** <br> **Attn: Charles R. Glenn** <br> **11200 West 191st Street** <br> **Spring Hill, KS 66083** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** **Bareboat Liftboat Charter Agreement (L/B Jamie Eymard)** <br> Is the claim subject to offset? ■ No ☐ Yes | **$9,330,778.00** |
| 3.28 | **Nonpriority creditor's name and mailing address** <br> **Global Data Systems, Inc.** <br> **Attn: Mark Ditsious** <br> **310 Laser Lane** <br> **Lafayette, LA 70507** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number **F927** | **As of the petition filing date, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ■ Disputed <br><br> **Basis for the claim:** _ <br> Is the claim subject to offset? ■ No ☐ Yes | **$32,936.39** |
| 3.29 | **Nonpriority creditor's name and mailing address** <br> **Go Marine Services** <br> **P.O. Box 1698** <br> **Mandeville, LA 70470** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _ <br> Is the claim subject to offset? ■ No ☐ Yes | **$19,543.75** |
| 3.30 | **Nonpriority creditor's name and mailing address** <br> **Golden Meadow True Value** <br> **P.O. Box 667** <br> **205 North Bayou Rd.** <br> **Golden Meadow, LA 70357** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _ <br> Is the claim subject to offset? ■ No ☐ Yes | **$718.98** |

Debtor **Offshore Marine Contractors, Inc.**      Case number (if known)
      Name

| | | |
|---|---|---|
| 3.31 | **Nonpriority creditor's name and mailing address** <br> **Gulf Crane Services, Inc.** <br> **P.O. Box 1843** <br> **Covington, LA 70434-1843** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _ <br> Is the claim subject to offset? ■ No ☐ Yes | **$18,741.52** |
| 3.32 | **Nonpriority creditor's name and mailing address** <br> **Hanagriff's Machine Shop** <br> **P.O. Box 9** <br> **Centerville, LA 70522** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _ <br> Is the claim subject to offset? ■ No ☐ Yes | **$2,550.00** |
| 3.33 | **Nonpriority creditor's name and mailing address** <br> **Hose Specialty & Supply** <br> **P.O. Box 841388** <br> **Dallas, TX 75284-1388** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _ <br> Is the claim subject to offset? ■ No ☐ Yes | **$54.17** |
| 3.34 | **Nonpriority creditor's name and mailing address** <br> **Larose Upholstery** <br> **P.O. Box 364** <br> **Larose, LA 70373** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _ <br> Is the claim subject to offset? ■ No ☐ Yes | **$159.00** |
| 3.35 | **Nonpriority creditor's name and mailing address** <br> **Lexie Water Association, Inc.** <br> **302 Hwy. 27 South** <br> **P.O. Box 167** <br> **Tylertown, MS 39667** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _ <br> Is the claim subject to offset? ■ No ☐ Yes | **$20.00** |
| 3.36 | **Nonpriority creditor's name and mailing address** <br> **Louis J. Eymard, II** <br> **121 Safari Heights** <br> **Cut Off, LA 70345** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ■ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** **Contingent Indemnification Claim** <br> Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.37 | **Nonpriority creditor's name and mailing address** <br> **Louisiana Machinery** <br> **3799 West Airline Hwy.** <br> **Reserve, LA 70084** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _ <br> Is the claim subject to offset? ■ No ☐ Yes | **$1,991.40** |

Debtor **Offshore Marine Contractors, Inc.**        Case number (if known) _____
         Name

| | | |
|---|---|---|
| 3.38 | **Nonpriority creditor's name and mailing address**<br>**M&A Safety Services**<br>**1210 Import Dr.**<br>**New Iberia, LA 70560**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$300.00** |
| 3.39 | **Nonpriority creditor's name and mailing address**<br>**Marine Industrial Fabricators**<br>**P.O. Box 9218**<br>**New Iberia, LA 70562**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$7,830.00** |
| 3.40 | **Nonpriority creditor's name and mailing address**<br>**Maritime Safety Solutions, LLC**<br>**14626 West Main St.**<br>**P.O. Box 538**<br>**Cut Off, LA 70345**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,012.86** |
| 3.41 | **Nonpriority creditor's name and mailing address**<br>**Marsh, Inc.**<br>**P.O. Box 846015**<br>**Dallas, TX 75284-6015**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **0000** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.42 | **Nonpriority creditor's name and mailing address**<br>**MC Electric**<br>**P.O. Box 930**<br>**Amelia, LA 70340**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,359.80** |
| 3.43 | **Nonpriority creditor's name and mailing address**<br>**Melaco Sisters**<br>**P.O. Box 417**<br>**16230 Hwy. 3235**<br>**Cut Off, LA 70345**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$628.09** |
| 3.44 | **Nonpriority creditor's name and mailing address**<br>**Michael M. Eymard**<br>**16379 Hwy 3235**<br>**Cut Off, LA 70345**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Contingent Indemnification Claim**<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

Debtor **Offshore Marine Contractors, Inc.**     Case number (if known)
     Name

| | | | |
|---|---|---|---|
| 3.45 | **Nonpriority creditor's name and mailing address**<br>**Motion Industries**<br>**5837 Hwy. 311**<br>**Houma, LA 70360**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No   ☐ Yes | **$35,553.57** |
| 3.46 | **Nonpriority creditor's name and mailing address**<br>**Norma M. Lirette**<br>**1261 Roberts St.**<br>**Houma, LA 70364**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** **EEOC Complaint**<br>Is the claim subject to offset? ■ No   ☐ Yes | **Unknown** |
| 3.47 | **Nonpriority creditor's name and mailing address**<br>**Nuts & Bolts, Inc.**<br>**6950**<br>**Alma St.**<br>**Houma, LA 70364**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No   ☐ Yes | **$67.00** |
| 3.48 | **Nonpriority creditor's name and mailing address**<br>**Parkway Services Group**<br>**P.O. Box 842065**<br>**Boston, MA 02284-2065**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No   ☐ Yes | **$26,188.64** |
| 3.49 | **Nonpriority creditor's name and mailing address**<br>**Paul's Agency**<br>**P.O. Box 1599**<br>**Gray, LA 70359**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No   ☐ Yes | **$364,172.29** |
| 3.50 | **Nonpriority creditor's name and mailing address**<br>**Provisions Energy & Marine Support**<br>**P.O. Box 516**<br>**Broussard, LA 70518**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No   ☐ Yes | **$248,777.47** |
| 3.51 | **Nonpriority creditor's name and mailing address**<br>**Quality Paint & Supply**<br>**18297 La Hwy. 3235**<br>**Galliano, LA 70354**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No   ☐ Yes | **$12,840.27** |

Debtor **Offshore Marine Contractors, Inc.**  Case number (if known)
 Name

| | | |
|---|---|---:|
| 3.52 | **Nonpriority creditor's name and mailing address**<br>**Raimy D. Eymard**<br>**571 West 159th Street**<br>**Galliano, LA 70354**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Contingent Indemnification Claim**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.53 | **Nonpriority creditor's name and mailing address**<br>**Richard's Restaurant Supply**<br>**P.O. Box 4035**<br>**Houma, LA 70361**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,059.60** |
| 3.54 | **Nonpriority creditor's name and mailing address**<br>**Safety & Training Consultants, LLC**<br>**219 Venture Blvd.**<br>**Houma, LA 70360**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,476.00** |
| 3.55 | **Nonpriority creditor's name and mailing address**<br>**Safezone Safety Systems, LLC**<br>**P.O. Box 1923**<br>**Gray, LA 70359**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$137.00** |
| 3.56 | **Nonpriority creditor's name and mailing address**<br>**Schambo Manufacturing, LLC**<br>**100 Lemedicin Rd.**<br>**Carencro, LA 70520**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$26,850.00** |
| 3.57 | **Nonpriority creditor's name and mailing address**<br>**Scurlock Electric, LLC**<br>**1903 Grand Caillou Rd.**<br>**Houma, LA 70360**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$281.68** |
| 3.58 | **Nonpriority creditor's name and mailing address**<br>**Sea Ropes Complaint Rigging & Testing**<br>**189 Thompson Rd.**<br>**Houma, LA 70363**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$4,605.94** |

Debtor  **Offshore Marine Contractors, Inc.**　　　Case number (if known)　_____
　　　　　Name

| 3.59 | **Nonpriority creditor's name and mailing address**<br>**Sea Safety & Survival, Inc.**<br>**128 Thompson Rd.**<br>**Houma, LA 70363**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | $621.75 |
|---|---|---|---|
| 3.60 | **Nonpriority creditor's name and mailing address**<br>**Sewart Supply, Inc.**<br>**1617 Hwy. 90 E**<br>**P.O. Drawer L**<br>**Morgan City, LA 70381**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | $8,251.71 |
| 3.61 | **Nonpriority creditor's name and mailing address**<br>**Sonia Poincon**<br>**Through Counsel of Record:**<br>**Bobby J. Delise & Jeannette M. Delise**<br>**5190 Canal Blvd., Suite 103**<br>**New Orleans, LA 70124**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br>**Basis for the claim:** **Potential Personal Injury Claim**<br>Is the claim subject to offset? ■ No ☐ Yes | Unknown |
| 3.62 | **Nonpriority creditor's name and mailing address**<br>**Southern Crane & Hydraulics, LLC**<br>**P.O. Box 39**<br>**Bourg, LA 70343**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | $5,587.77 |
| 3.63 | **Nonpriority creditor's name and mailing address**<br>**Southern Home Furnishing**<br>**P.O. Box 1299**<br>**Larose, LA 70373**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | $2,729.96 |
| 3.64 | **Nonpriority creditor's name and mailing address**<br>**Southern Home Furnishings**<br>**14814 West Main St.**<br>**Cut Off, LA 70345**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | $3,549.96 |
| 3.65 | **Nonpriority creditor's name and mailing address**<br>**Synergy Resources, LLC**<br>**P.O. Box 53508**<br>**Lafayette, LA 70505**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | $285.21 |

Debtor **Offshore Marine Contractors, Inc.**      Case number (if known) _____
        Name

| | | |
|---|---|---|
| 3.66 | **Nonpriority creditor's name and mailing address**<br>**Taylor Tool & Supply**<br>**1011 Granada Dr.**<br>**New Iberia, LA 70560**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  _<br>Is the claim subject to offset? ■ No   ☐ Yes | **$73.60** |
| 3.67 | **Nonpriority creditor's name and mailing address**<br>**The US Maritime Administration (MARAD)**<br>**U.S. Department of Transportation**<br>**1200 New Jersey Avenue S.E.**<br>**Washington, DC 20590**<br><br>Date(s) debt was incurred  **08/27/2019**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:**  _<br>Is the claim subject to offset? ■ No   ☐ Yes | **Unknown** |
| 3.68 | **Nonpriority creditor's name and mailing address**<br>**Unlimited Control & Supply**<br>**P.O. Box 1894**<br>**Houma, LA 70361**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  _<br>Is the claim subject to offset? ■ No   ☐ Yes | **$250.08** |
| 3.69 | **Nonpriority creditor's name and mailing address**<br>**Vida Paint & Supply Inc.**<br>**P.O. Box 2706**<br>**Morgan City, LA 70381**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  _<br>Is the claim subject to offset? ■ No   ☐ Yes | **$2,362.36** |

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **All American Paint & Supply**<br>**9188 E. Main St.,**<br>**Houma, LA 70363** | Line  **3.4**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Attorney General of the United States**<br>**US Department of Justice**<br>**950 Pennsylvania Avenue, NW**<br>**Washington, DC 20530** | Line  **3.67**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Benjamin W. Kadden**<br>**Lugenbuhl, Wheaton, Peck,**<br>**Rankin & Hubbard**<br>**601 Poydras St., Suite 2775**<br>**New Orleans, LA 70130** | Line  **3.8**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Benjamin W. Kadden**<br>**Lugenbuhl, Wheaton, Peck,**<br>**Rankin & Hubbard**<br>**601 Poydras St., Suite 2775**<br>**New Orleans, LA 70130** | Line  **3.36**<br><br>☐ Not listed. Explain ____ | _ |

Debtor   **Offshore Marine Contractors, Inc.**   Case number (if known)
Name

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.5 | **Benjamin W. Kadden**<br>**Lugenbuhl, Wheaton, Peck,**<br>**Rankin & Hubbard**<br>**601 Poydras St., Suite 2775**<br>**New Orleans, LA 70130** | Line **3.44**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Benjamin W. Kadden**<br>**Lugenbuhl, Wheaton, Peck,**<br>**Rankin & Hubbard**<br>**601 Poydras St., Suite 2775**<br>**New Orleans, LA 70130** | Line **3.52**<br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Bluewater Rubber & Gasket**<br>**1131 Barrow St.**<br>**Houma, LA 70360** | Line **3.10**<br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Diesel Source, Inc.**<br>**158 Technology Lane**<br>**Gray, LA 70359** | Line **3.17**<br>☐ Not listed. Explain ____ | _ |
| 4.9 | **EBR Services, LLC**<br>**102 Roto Park Dr.**<br>**Broussard, LA 70518** | Line **3.18**<br>☐ Not listed. Explain ____ | _ |
| 4.10 | **Encore Food Services**<br>**P.O. Box 4193**<br>**Houma, LA 70361** | Line **3.19**<br>☐ Not listed. Explain ____ | _ |
| 4.11 | **Express Supply & Steel**<br>**932 Highway 182**<br>**Raceland, LA 70394** | Line **3.21**<br>☐ Not listed. Explain ____ | _ |
| 4.12 | **Extreme Welding Services, LLC**<br>**c/o Adrien Danos**<br>**18367 Hwy. 3235**<br>**Galliano, LA 70354** | Line **3.22**<br>☐ Not listed. Explain ____ | _ |
| 4.13 | **Fastenal Company**<br>**2001 Theurer Blvd.**<br>**Winona, MN 55987** | Line **3.23**<br>☐ Not listed. Explain ____ | _ |
| 4.14 | **Fleet Supply**<br>**1714 Barrow St.**<br>**Houma, LA 70360** | Line **3.24**<br>☐ Not listed. Explain ____ | _ |
| 4.15 | **Gator Rigging, Inspection, Testing & Su**<br>**9607 Highway 182 E**<br>**Morgan City, LA 70380** | Line **3.26**<br>☐ Not listed. Explain ____ | _ |
| 4.16 | **Go Marine Services**<br>**101 Ashland Way**<br>**Madisonville, LA 70447** | Line **3.29**<br>☐ Not listed. Explain ____ | _ |

Debtor **Offshore Marine Contractors, Inc.** Case number (if known) _____
      Name

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.17 | **Gulf Crane Services, Inc.**<br>c/o Charles Bollinger<br>73413 Bollfield Rd.<br>Covington, LA 70435 | Line **3.31**<br>☐ Not listed. Explain ____ | _ |
| 4.18 | **Hanagriff's Machine Shop**<br>8728 Hwy. 182<br>Centerville, LA 70522 | Line **3.32**<br>☐ Not listed. Explain ____ | _ |
| 4.19 | **Henry A. King**<br>King & Jurgens, LLC<br>201 St. Charles Ave., 45th Floor<br>New Orleans, LA 70170 | Line **3.7**<br>☐ Not listed. Explain ____ | _ |
| 4.20 | **Hose Speciality & Supply**<br>c/o Crescent City Corp.<br>701 Poydras St., Suite 3600<br>New Orleans, LA 70139 | Line **3.33**<br>☐ Not listed. Explain ____ | _ |
| 4.21 | **J. Eric Lockridge**<br>Kean Miller LLP<br>400 Convention St., Suite 700<br>Baton Rouge, LA 70802 | Line **3.7**<br>☐ Not listed. Explain ____ | _ |
| 4.22 | **James R. Chastain, Jr.**<br>Kean Miller, LLP<br>400 Convention St., Suite 700<br>Baton Rouge, LA 70802 | Line **3.7**<br>☐ Not listed. Explain ____ | _ |
| 4.23 | **John A. Cangelosi**<br>King & Jurgens, LLC<br>201 St. Charles Ave., 45th Floor<br>New Orleans, LA 70170 | Line **3.7**<br>☐ Not listed. Explain ____ | _ |
| 4.24 | **Marine Industrial Fabricators**<br>Port of Iberia<br>4912 Marina Rd.<br>New Iberia, LA 70560 | Line **3.39**<br>☐ Not listed. Explain ____ | _ |
| 4.25 | **Marsh USA, Inc.**<br>One Shell Square<br>701 Poydras St., Suite 4125<br>New Orleans, LA 70139 | Line **3.41**<br>☐ Not listed. Explain ____ | **0000** |
| 4.26 | **MC Electric**<br>326 Degravelle Rd.<br>Amelia, LA 70340 | Line **3.42**<br>☐ Not listed. Explain ____ | _ |
| 4.27 | **Michael L. Vincenzo**<br>King & Jurgens, LLC<br>201 St. Charles Ave., 45th Floor<br>New Orleans, LA 70170 | Line **3.7**<br>☐ Not listed. Explain ____ | _ |
| 4.28 | **Patrick K. Reso**<br>Seale & Ross, P.L.C.<br>200 North Cate St.<br>P.O. Drawer 699<br>Hammond, LA 70404 | Line **3.7**<br>☐ Not listed. Explain ____ | _ |

Debtor  **Offshore Marine Contractors, Inc.**  Case number (if known)
Name

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.29 | **Provisions Energy & Marine Support**<br>CTD Legacy, LLC<br>204 Jared Dr.<br>Broussard, LA 70518 | Line **3.50**<br>☐ Not listed. Explain ____ | _ |
| 4.30 | **Richard L. Traina**<br>Seale & Ross, P.L.C.<br>200 North Cate St.<br>P.O. Drawer 699<br>Hammond, LA 70404 | Line **3.7**<br>☐ Not listed. Explain ____ | _ |
| 4.31 | **Richard's Restaurant Supply**<br>235 S. Hollywood Rd.<br>Houma, LA 70360 | Line **3.53**<br>☐ Not listed. Explain ____ | _ |
| 4.32 | **Sean T. McLaughlin**<br>McClain & Schonekas<br>909 Poydras St., Suite 3600<br>New Orleans, LA 70112 | Line **3.7**<br>☐ Not listed. Explain ____ | _ |
| 4.33 | **Sonia Poincon**<br>Through Cousel of Record:<br>Alton J. Hall, Jr.<br>528 W. 21st Ave.<br>Covington, LA 70433 | Line **3.61**<br>☐ Not listed. Explain ____ | _ |
| 4.34 | **Southern Crane & Hydraulics**<br>215 Bridge Rd.<br>Houma, LA 70363 | Line **3.62**<br>☐ Not listed. Explain ____ | _ |
| 4.35 | **Synergy Resources, LLC**<br>5900 U.S. Highway 90 East<br>Broussard, LA 70518 | Line **3.65**<br>☐ Not listed. Explain ____ | _ |
| 4.36 | **Timothy S. Madden**<br>King & Jurgens, LLC<br>201 St. Charles Ave., 45th Floor<br>New Orleans, LA 70170 | Line **3.7**<br>☐ Not listed. Explain ____ | _ |
| 4.37 | **U.S. Attorney for the EDLA**<br>650 Poydras Street<br>Suite 1600<br>New Orleans, LA 70130 | Line **3.67**<br>☐ Not listed. Explain ____ | _ |
| 4.38 | **Unlimited Control & Supply**<br>1043 West Tunnel Blvd.<br>Houma, LA 70360 | Line **3.68**<br>☐ Not listed. Explain ____ | _ |
| 4.39 | **Vida Paint & Supply**<br>811 Hilda St.<br>Morgan City, LA 70380 | Line **3.69**<br>☐ Not listed. Explain ____ | _ |

**Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a.    $ | 17,414.61 |
| **5b. Total claims from Part 2** | 5b.  + $ | 17,630,692.48 |

| Debtor | **Offshore Marine Contractors, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**5c. Total of Parts 1 and 2**
Lines 5a + 5b = 5c.

5c.  $   17,648,107.09