**Fill in this information to identify the case:**

Debtor name: **Offshore Marine Contractors, Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF LOUISIANA

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors  12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
■ Yes

**2.** In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**  |  *Column 2:* **Creditor**

| # | Name | Mailing Address | Name | Check all schedules that apply: |
|---|------|-----------------|------|-------------------------------|
| 2.1 | Beverly Eymard, LLC | c/o Martin S. Bohman<br>133 West 113th Street<br>Cut Off, LA 70345 | Bluehenge Capital Secured Debt SBIC, LP | ■ D  2.1<br>☐ E/F ____<br>☐ G ____ |
| 2.2 | Louis J. Eymard, II | 121 Safari Heights<br>Cut Off, LA 70345 | Bluehenge Capital Secured Debt SBIC, LP | ■ D  2.1<br>☐ E/F ____<br>☐ G ____ |
| 2.3 | Louis J. Eymard, II | 121 Safari Heights<br>Cut Off, LA 70345 | Mississippi River Bank | ■ D  2.3<br>☐ E/F ____<br>☐ G ____ |
| 2.4 | Louis J. Eymard, II | 121 Safari Heights<br>Cut Off, LA 70345 | Caterpillar Financial Services | ■ D  2.2<br>☐ E/F ____<br>☐ G ____ |
| 2.5 | Louis J. Eymard, II | 121 Safari Heights<br>Cut Off, LA 70345 | United Community Bank | ■ D  2.4<br>☐ E/F ____<br>☐ G ____ |

12/04/19 5:27PM

Debtor **Offshore Marine Contractors, Inc.**  Case number *(if known)*

**Additional Page to List More Codebtors**
Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**  *Column 2:* **Creditor**

| | | | | |
|---|---|---|---|---|
| 2.6 | Michael M. Eymard | 16379 Hwy 3235 Cut Off, LA 70345 | Bluehenge Capital Secured Debt SBIC, LP | ■ D  2.1 ☐ E/F ___ ☐ G ___ |
| 2.7 | Michael M. Eymard | 16379 Hwy 3235 Cut Off, LA 70345 | Mississippi River Bank | ■ D  2.3 ☐ E/F ___ ☐ G ___ |
| 2.8 | Michael M. Eymard | 16379 Hwy 3235 Cut Off, LA 70345 | Caterpillar Financial Services | ■ D  2.2 ☐ E/F ___ ☐ G ___ |
| 2.9 | Michael M. Eymard | 16379 Hwy 3235 Cut Off, LA 70345 | United Community Bank | ■ D  2.4 ☐ E/F ___ ☐ G ___ |
| 2.10 | Raimy D. Eymard | 571 West 159th Street Galliano, LA 70354 | Bluehenge Capital Secured Debt SBIC, LP | ■ D  2.1 ☐ E/F ___ ☐ G ___ |
| 2.11 | Raimy D. Eymard | 571 West 159th Street Galliano, LA 70354 | Mississippi River Bank | ■ D  2.3 ☐ E/F ___ ☐ G ___ |
| 2.12 | Raimy D. Eymard | 571 West 159th Street Galliano, LA 70354 | Caterpillar Financial Services | ■ D  2.2 ☐ E/F ___ ☐ G ___ |
| 2.13 | Raimy D. Eymard | 571 West 159th Street Galliano, LA 70354 | United Community Bank | ■ D  2.4 ☐ E/F ___ ☐ G ___ |