**Exhibit D-1**

| Collateral | MRB |
|---|---:|
| MRB Operating Account | $ - |
| Cash Collateral Account | $ - |
| Capital Construction Account | $ 9,636.00 |
| MRB CD | $ 76,053.58 |
| MRB CD | $ 100,500.63 |
| Prepaid Employee Benefits | $ - |
| Prepaid Insurances | $ 570,000.00 |
| Prepaid Expenses | $ 24,769.00 |
| Accounts receivables < 90 | $ 2,391,579.99 |
| Accounts Receivable > 90 | $ 1,763,469.00 |
| Louie Eymard LLC | $ - |
| Lacie Bourg LLC | $ - |
| Beverly Eymard LLC | $ - |
| AJ Bourg LLC | $ - |
| Courtney Gabrielle LLC | $ - |
| Lucas Bourg LLC | $ - |
| Inventory | $ 224,796.00 |
| Spare Equipment Inventory | $ - |
| Office Furnishings | $ 20,000.00 |
| Office Equipment | $ 15,000.00 |
| Tug 40' Barge | $ 20,000.00 |
| Houseboat | $ 600,000.00 |
| 22' Aluminum Boat | $ 10,000.00 |
| Dagate Rescue Boat #2 | $ 2,500.00 |
| Equipment | $ 20,000.00 |
| Cantilever | $ 50,000.00 |
| Domain Name | $ - |
| Customer List | $ - |
| Loan Receivable - Michael Eymard | $ - |
| Loan Receivable - TRAM | $ - |
| Loan Receivable - Diamond Double | $ - |
| Loan Receivable TRAM | $ 600.00 |
| Loan Receivable - Offshore Const. & Diving | $ - |
| Loan Receivable - Daryl Richoux | $ 25,000.00 |
| Loan Receivable - Raimy Eymard | $ - |
| Loan Receivable - Louis Eymard | $ - |
| Loan Receivable- Glencoe Shareholders | $ - |
| Tax Refund | $ 112,329.00 |
| Tax Refund | $ 157,046.00 |
| Excess Deductible | $ 1,960.00 |
| Warehouse Supplies | $ 5,000.00 |
| | $ 6,200,239.20 |