UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 19-13253 |
| **Offshore Marine Contractors, Inc** | .* | |
| *Debtor* | * | SEC. "A" |
| | * | |
| | * | CH. 11 |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that the law firm of Baker, Donelson, Bearman, Caldwell & Berkowitz, PC has been retained as counsel to represent Caterpillar Financial Services Corporation ("Caterpillar"), creditors herein, and pursuant to § 1109(b) of the U.S. Bankruptcy Code, Rules 2002, 3017(a) and 9010(b) of the Federal Rules of Bankruptcy Procedure, the undersigned requests that all Notices given and required to be served in this case be given to and served upon the following additional counsel of record for Caterpillar:

Jan M. Hayden
BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone: (504) 566-8645
Facsimile: (504) 636-4000
E-mail: jhayden@bakerdonelson.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to § 1109(b) of the U.S. Bankruptcy Code, the foregoing request includes the notice and papers referred to in Rule 2002 of the Bankruptcy Rules and also includes without limitation, any plan of reorganization and objections thereto, and notice of any orders, pleadings, motions, applications, complaints,

demand, hearings, disclosure statements, answers, responses, memorandum of briefs in support of the foregoing and any other documents brought before the Court with respect to these pleadings, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile or otherwise which affects or seeks to affect the above case.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Request for Notice nor any subsequent appearance, pleading, claim or suit is intended to waive (i) the rights of Caterpillar to have final orders in non-core matters entered only after *de novo* review by a district court judge; (ii) the rights of Caterpillar to a jury trial in any proceedings so triable herein, or in any case, controversy or proceeding related hereto; (iii) the rights of Caterpillar to have a reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs or recoupments to which Caterpillar is or may be entitled under agreements, in law or equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

        Respectfully submitted,

        **BAKER DONELSON BEARMAN**
        **CALDWELL & BERKOWITZ, PC**

By:    */s/ Jan M. Hayden*
        JAN M. HAYDEN (Bar #6672)
        201 St. Charles Ave., Suite 3600
        New Orleans, Louisiana 70170
        Telephone: (504) 566-8645
        Facsimile (504) 636-4000
        Email: jhayden@bakerdonelson.com

        **ATTORNEYS FOR CATERPIILLAR**
        **FINANCIAL SERVICES CORP.**

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2019, a true and correct copy of the foregoing was served by Electronic Case Filing system for the United States Bankruptcy Court for the Eastern District of Louisiana which will send notice of electronic filing to all counsel of record who have consented to electronic filing.

        */s/ Jan M. Hayden*
        JAN M. HAYDEN