**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE:** | **CASE NO. 19-13253** |
| **OFFSHORE MARINE CONTRACTORS, INC.** | **CHAPTER 11** |
| **DEBTOR** | **SECTION "A"** |

<u>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**</u>

**PLEASE TAKE NOTICE** that Raimy D. Eymard, Louis J. Eymard, II, and Michael M. Eymard hereby appear by their counsel, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard ("*Counsel*"). Counsel hereby enter their appearance pursuant to section 1109(b) of Title 11 of the United States Code (the "*Bankruptcy Code*") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "*Bankruptcy Rules*"), and request that the undersigned be added to the official mailing matrix and service lists in the above-captioned Chapter 11 cases.

**PLEASE TAKE FURTHER NOTICE** that Counsel request, pursuant to Bankruptcy Rules 2002, 3017, and 9007 and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or required to be given in these Chapter 11 cases and copies of all papers served or required to be served in these Chapter 11 cases, including but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, Chapter 11 plans, disclosure statements and all other matters arising herein or in any related adversary proceeding, be given and served upon Raimy D. Eymard, Louis J. Eymard, II, and Michael M. Eymard through service upon Counsel, at the addresses, telephone, and email addresses set forth below:

Raimy D. Eymard, Louis J. Eymard, II,
and Michael M. Eymard
Attn: Benjamin W. Kadden
Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
601 Poydras St., Suite 2775
New Orleans, LA 70130
Telephone: (504) 568-1990
Facsimile: (504) 310-9195
E-mail: bkadden@lawla.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, complaint or demand, motion, petition, pleading or request, and answering or reply papers filed in these cases, whether formal or informal, written or oral, and whether served, transmitted or conveyed by mail, email, hand delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned Chapter 11 cases and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Notice Pursuant to Fed. R. Bankr. P. 2002 shall not be deemed or construed to be a waiver of any of the rights of Raimy D. Eymard, Louis J. Eymard, II, and Michael M. Eymard, including, without limitation, to (i) request that final orders in non-core proceedings be entered only after de novo review by a higher court; (ii) demand trial by jury in any proceeding in this case, or any case, controversy, or adversary proceeding related to this case; (iii) request withdrawal of the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Raimy D. Eymard, Louis J. Eymard, II, and Michael M. Eymard may be entitled in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved and not waived.

Respectfully Submitted,

| | |
|---|---|
| LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD | /s/ Benjamin W. Kadden<br>BENJAMIN W. KADDEN (#29927)<br>CHRISTOPHER T. CAPLINGER (#25357)<br>601 Poydras Street, Suite 2775<br>New Orleans, LA 70130<br>Telephone: (504) 568-1990<br>Facsimile: (504) 310-9195<br>Email: bkadden@lawla.com<br>       ccaplinger@lawla.com;<br>*Counsel for Raimy D. Eymard, Louis J. Eymard, II, and Michael M. Eymard* |

### CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the Notice of Appearance and Request for Notices using the CM/ECF electronic filing system and the same will be sent to all counsel of record by operation of same as indicated below on this 5th day of December 2019.

Brandon A. Brown for Offshore Marine Contractors, Inc. bbrown@stewartrobbins.com
Jan Marie Hayden for Caterpillar Financial Services Corporation jhayden@bakerdonelson.com
Paul Douglas Stewart, Jr. dstewart@stewartrobbins.com
Office of the U.S. Trustee USTPRegion05.NR.ECF@usdoj.gov

/s/ Benjamin W. Kadden