## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| In re | ) | Case No. 19-13253 |
|  | ) |  |
| Offshore Marine Contractors, Inc., | ) | Chapter 11 |
|  | ) |  |
| Debtor. | ) | Section B |
|  | ) |  |

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the following pleadings:

*Motion to Approve Compensation and Payments to Insiders;*

*Motion for Order Authorizing (I) Continued Use of Existing Business Forms and Records and (II) Maintenance of Existing Corporate Bank Accounts and Cash Management System;*

*Order Granting Complex Chapter 11 Bankruptcy Case Treatment;*

*Ex Parte Motion to Fix Last Date to File Proofs of Claims and Interests;*

*Motion to Reject 2014 Glencor Charter Pursuant to 11 U.S.C. § 365;*

*Motion to Assume Executory Contracts Pursuant to 11 U.S.C. § 365;*

*Ex Parte Motion for Special Setting;*

*Motion for Interim & Final Orders Authorizing and Approving Post-Petition Secured Financing and Authority to Use Cash Collateral;*

*Motion for Interim and Final Orders Pursuant to Section 366 of the Bankruptcy Code (I) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Utility Services, (II) Deeming Utility Companies Adequately Assured of Future Performance, and (III) Establishing Procedures for Determining Adequate Protection;*

*Motion for Authority to Pay Pre-Petition Wages and Other Employee Benefits; and*

*Request for Emergency Consideration of Certain "First Day" Matters*

were served on December 5, 2019 on the following parties in the following manner:

1.  Those parties who have consented to service through the Court's Electronic Case Filing System were served through that system, as indicated on the *Notice of Electronic Case Filing* attached hereto as Exhibit "A."

2.  The parties listed below via electronic mail at the email addresses provided:

| | |
|---|---|
| Jan Marie Hayden | jhayden@bakerdonelson.com |
| Benjamin West Janke | bjanke@bakerdonelson.com |
| Philip Kilpatrick Jones, Jr. | pkjones@liskow.com |
| Dena L. Olivier | dlolivier@liskow.com |
| Richard Aguilar | raguilar@mcglinchey.com |
| Ben Kadden | bkadden@lawla.com |
| Chuck Glenn | chuckg1018@msn.com |
| Henry King | hking@kingkrebs.com |
| John Cangelosi | jcangelosi@kingkrebs.com |
| Timothy Madden | tmadden@kingkrebs.com |
| Mike O'Connor | moconnor@mississippiriverbank.com |
| Bob Schleizer | bschleizer@blackbriaradvisors.com |
| Martin Bohman | martin@bohmanmorse.com |

3.  Those parties listed on the mailing matrix attached as Exhibit "B", who do not receive electronic service, were served via United States mail, postage pre-paid and addressed.

Baton Rouge, Louisiana, this 5th day of December 2019.

Respectfully Submitted,

**STEWART ROBBINS BROWN & ALTAZAN, LLC**
301 Main Street, Suite 1640
P. O. Box 2348
Baton Rouge, LA  70821-2348
(225) 231-9998 Phone
(225) 709-9467 Fax

By: /s/ Paul Douglas Stewart, Jr.
Paul Douglas Stewart, Jr.
dstewart@stewartrobbins.com

*Proposed Counsel for Offshore Marine Contractors, Inc.*

EXHIBIT "A"

**File a Motion:**

19-13253 Offshore Marine Contractors, Inc.

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 2 (New Orleans) |
| Assets: y | Judge: MSG | Case Flag: PlnDue, DsclsDue |

**U.S. Bankruptcy Court**

**Eastern District of Louisiana**

Notice of Electronic Filing

The following transaction was received from Paul Douglas Stewart entered on 12/5/2019 at 11:20 AM CST and filed on 12/5/2019

**Case Name:** Offshore Marine Contractors, Inc.
**Case Number:** 19-13253
**Document Number:** 12

**Docket Text:**
Motion to Pay *Compensation and Payments to Insiders* Filed by Paul Douglas Stewart Jr. of Stewart Robbins & Brown, LLC on behalf of Offshore Marine Contractors, Inc. (Stewart, Paul)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**FDM - Insider Payment Motion.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=988663450 [Date=12/5/2019] [FileNumber=11760538-0
] [49aec5c59a4d2ddf1b20fa9378a2ef31d07ebd015fa3ca45a7345fac3407c1b4601
1ad9b3dfcd135b026008a5bd893fe36272b9bdb07a53f7b0b6ff2e3bb6b3f]]

**19-13253 Notice will be electronically mailed to:**

Brandon A. Brown on behalf of Debtor Offshore Marine Contractors, Inc.
bbrown@stewartrobbins.com,
kheard@stewartrobbins.com;jdelage@stewartrobbins.com;bbrown@ecf.courtdrive.com;kheard@ecf.courtdrive.com;aleblanc@ecf.courtdrive.com

Jan Marie Hayden on behalf of Creditor Caterpillar Financial Services Corporation
jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com

Benjamin West Janke on behalf of Creditor Caterpillar Financial Services Corporation
bjanke@bakerdonelson.com, kmiller@bakerdonelson.com

Paul Douglas Stewart, Jr. on behalf of Debtor Offshore Marine Contractors, Inc.
dstewart@stewartrobbins.com,
jdelage@stewartrobbins.com;kheard@stewartrobbins.com;aleblanc@ecf.courtdrive.com;aleblanc@stewartrobbins.com;dstewart@ecf.courtdrive.com;kheard@ecf.courtdrive

Office of the U.S. Trustee
USTPRegion05.NR.ECF@usdoj.gov

**19-13253 Notice will not be electronically mailed to:**

**File a Motion:**

19-13253 Offshore Marine Contractors, Inc.

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 2 (New Orleans) |
| Assets: y | Judge: JAB | Case Flag: PlnDue, DsclsDue |

**U.S. Bankruptcy Court**

**Eastern District of Louisiana**

Notice of Electronic Filing

The following transaction was received from Paul Douglas Stewart entered on 12/5/2019 at 11:36 AM CST and filed on 12/5/2019
**Case Name:** Offshore Marine Contractors, Inc.
**Case Number:** 19-13253
**Document Number:** 14

**Docket Text:**
Motion for Authority *(I) Continued Use of Existing Business Forms and Records and (II) Maintenance of Existing Corporate Bank Accounts and Cash Management System* Filed by Paul Douglas Stewart Jr. of Stewart Robbins & Brown, LLC on behalf of Offshore Marine Contractors, Inc. (Stewart, Paul)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** FDM - Cash Management Motion.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=988663450 [Date=12/5/2019] [FileNumber=11760590-0
] [140b97693408a66e0955f90f03cb58fc69f95773faf4b87080c4795a79600f394d0
1b629503ab9b4a59576d0f7fc529cc1ad4655dc8ebd386c74adeac9ad1b07]]

**19-13253 Notice will be electronically mailed to:**

Brandon A. Brown on behalf of Debtor Offshore Marine Contractors, Inc.
bbrown@stewartrobbins.com,
kheard@stewartrobbins.com;jdelage@stewartrobbins.com;bbrown@ecf.courtdrive.com;kheard@ecf.courtdrive.com;aleblanc@ecf.courtdrive.com

Jan Marie Hayden on behalf of Creditor Caterpillar Financial Services Corporation
jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com

Benjamin West Janke on behalf of Creditor Caterpillar Financial Services Corporation
bjanke@bakerdonelson.com, kmiller@bakerdonelson.com

Paul Douglas Stewart, Jr. on behalf of Debtor Offshore Marine Contractors, Inc.
dstewart@stewartrobbins.com,
jdelage@stewartrobbins.com;kheard@stewartrobbins.com;aleblanc@ecf.courtdrive.com;aleblanc@stewartrobbins.com;dstewart@ecf.courtdrive.com;kheard@ecf.courtdrive

Office of the U.S. Trustee
USTPRegion05.NR.ECF@usdoj.gov

**19-13253 Notice will not be electronically mailed to:**

## Kim Heard

| | |
|---|---|
| **From:** | noreply@courtdrive.com |
| **Sent:** | Thursday, December 5, 2019 11:40 AM |
| **To:** | Kim Heard |
| **Subject:** | (Ch 11) 19-13253 Order |



Download PDF

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.**

**U.S. Bankruptcy Court**

**Eastern District of Louisiana**

Notice of Electronic Filing

The following transaction was received from McIlwain, A. entered on 12/5/2019 at 11:39 AM CST and filed on 12/5/2019

| | |
|---|---|
| **Case Name:** | Offshore Marine Contractors, Inc. |
| **Case Number:** | 19-13253 |
| **Document Number:** | 16 |

**Docket Text:**
Order Granting Complex Chapter 11 Bankruptcy Case Treatment Signed on December 5, 2019 (RE: related document(s)[9] Notice filed by Debtor Offshore Marine Contractors, Inc.) (McIlwain, A.)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**EXPEDITE 19-13253 lmm.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=988663450 [Date=12/5/2019] [FileNumber=11760602-0
] [27a01e2b45bd8b31c4c9a167b2ecb8d1e2cd3a86993534caef8237b1091b8781328
b2c7dd3093eec367fb2ca8a5302acc15ccae2ee0449a4422300164f8dd986]]

**19-13253 Notice will be electronically mailed to:**

Brandon A. Brown on behalf of Debtor Offshore Marine Contractors, Inc.
bbrown@stewartrobbins.com,

kheard@stewartrobbins.com;jdelage@stewartrobbins.com;bbrown@ecf.courtdrive.com;kheard@ecf.courtdrive.com;aleblanc@ecf.courtdrive.com

Jan Marie Hayden on behalf of Creditor Caterpillar Financial Services Corporation
jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com

Benjamin West Janke on behalf of Creditor Caterpillar Financial Services Corporation
bjanke@bakerdonelson.com, kmiller@bakerdonelson.com

Philip Kirkpatrick Jones, Jr. on behalf of Creditor Bluehenge Capital Secured Debt SBIC, L.P.
pkjones@liskow.com, TJumonville@liskow.com

Paul Douglas Stewart, Jr. on behalf of Debtor Offshore Marine Contractors, Inc.
dstewart@stewartrobbins.com,
jdelage@stewartrobbins.com;kheard@stewartrobbins.com;aleblanc@ecf.courtdrive.com;aleblanc@stewartrobbins.com;dstewart@ecf.courtdrive.com;kheard@ecf.courtdrive.com;stewartdr80984@notify.bestcase.com

Office of the U.S. Trustee
USTPRegion05.NR.ECF@usdoj.gov

**19-13253 Notice will not be electronically mailed to:**

**File a Motion:**

19-13253 Offshore Marine Contractors, Inc.

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 2 (New Orleans) |
| Assets: y | Judge: JAB | Case Flag: PlnDue, DsclsDue |

**U.S. Bankruptcy Court**

**Eastern District of Louisiana**

Notice of Electronic Filing

The following transaction was received from Paul Douglas Stewart entered on 12/5/2019 at 11:45 AM CST and filed on 12/5/2019
**Case Name:** Offshore Marine Contractors, Inc.
**Case Number:** 19-13253
**Document Number:** 18

**Docket Text:**
Ex Parte Motion to Set Last Day to File Proofs of Claim Filed by Paul Douglas Stewart Jr. of Stewart Robbins & Brown, LLC on behalf of Offshore Marine Contractors, Inc. (Stewart, Paul)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**MT to Set Claims Bar Date.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=988663450 [Date=12/5/2019] [FileNumber=11760629-0
] [68ca0b8abb760c40177a2d2306ca53ed8632a94e8107aa7356dbc9cb011921d2550
c605ddfd9c700934bce81ea8ed2d97882e672dd93dc01ddf10697ef3d464a]]

**19-13253 Notice will be electronically mailed to:**

Brandon A. Brown on behalf of Debtor Offshore Marine Contractors, Inc.
bbrown@stewartrobbins.com,
kheard@stewartrobbins.com;jdelage@stewartrobbins.com;bbrown@ecf.courtdrive.com;kheard@ecf.courtdrive.com;aleblanc@ecf.courtdrive.com

Jan Marie Hayden on behalf of Creditor Caterpillar Financial Services Corporation
jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com

Benjamin West Janke on behalf of Creditor Caterpillar Financial Services Corporation
bjanke@bakerdonelson.com, kmiller@bakerdonelson.com

Philip Kirkpatrick Jones, Jr. on behalf of Creditor Bluehenge Capital Secured Debt SBIC, L.P.
pkjones@liskow.com, TJumonville@liskow.com

Dena L. Olivier on behalf of Creditor Bluehenge Capital Secured Debt SBIC, L.P.
dlolivier@liskow.com, tjumonville@liskow.com

Paul Douglas Stewart, Jr. on behalf of Debtor Offshore Marine Contractors, Inc.
dstewart@stewartrobbins.com,
jdelage@stewartrobbins.com;kheard@stewartrobbins.com;aleblanc@ecf.courtdrive.com;aleblanc@stewartrobbins.com;dstewart@ecf.courtdrive.com;kheard@ecf.courtdrive

Office of the U.S. Trustee
USTPRegion05.NR.ECF@usdoj.gov

**19-13253 Notice will not be electronically mailed to:**

**File a Motion:**

<u>19-13253 Offshore Marine Contractors, Inc.</u>

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 2 (New Orleans) |
| Assets: y | Judge: JAB | Case Flag: PlnDue, DsclsDue |

**U.S. Bankruptcy Court**

**Eastern District of Louisiana**

Notice of Electronic Filing

The following transaction was received from Paul Douglas Stewart entered on 12/5/2019 at 12:49 PM CST and filed on 12/5/2019
**Case Name:**        Offshore Marine Contractors, Inc.
**Case Number:**     <u>19-13253</u>
**Document Number:** <u>19</u>

**Docket Text:**
Motion to Reject Lease or Executory Contract Filed by Paul Douglas Stewart Jr. of Stewart Robbins & Brown, LLC on behalf of Offshore Marine Contractors, Inc. (Stewart, Paul)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**MT Motion to Reject Glencor Contract.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=988663450 [Date=12/5/2019] [FileNumber=11760863-0
] [4f350ee480d688c518afa44e4396963a4899c332087a321f1a0bb59c3c77e9a0446
720a0ec97f45eac86a1881e8bf935506b03768a1320cc0c4e7fb79d6231e4]]

**19-13253 Notice will be electronically mailed to:**

Brandon A. Brown on behalf of Debtor Offshore Marine Contractors, Inc.
bbrown@stewartrobbins.com,
kheard@stewartrobbins.com;jdelage@stewartrobbins.com;bbrown@ecf.courtdrive.com;kheard@ecf.courtdrive.com;aleblanc@ecf.courtdrive.com

Jan Marie Hayden on behalf of Creditor Caterpillar Financial Services Corporation
jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com

Benjamin West Janke on behalf of Creditor Caterpillar Financial Services Corporation
bjanke@bakerdonelson.com, kmiller@bakerdonelson.com

Philip Kirkpatrick Jones, Jr. on behalf of Creditor Bluehenge Capital Secured Debt SBIC, L.P.
pkjones@liskow.com, TJumonville@liskow.com

Dena L. Olivier on behalf of Creditor Bluehenge Capital Secured Debt SBIC, L.P.
dlolivier@liskow.com, tjumonville@liskow.com

Paul Douglas Stewart, Jr. on behalf of Debtor Offshore Marine Contractors, Inc.
dstewart@stewartrobbins.com,
jdelage@stewartrobbins.com;kheard@stewartrobbins.com;aleblanc@ecf.courtdrive.com;aleblanc@stewartrobbins.com;dstewart@ecf.courtdrive.com;kheard@ecf.courtdrive.com

Office of the U.S. Trustee
USTPRegion05.NR.ECF@usdoj.gov

**19-13253 Notice will not be electronically mailed to:**

Tina Jumonville
Liskow & Lewis
701 Poydraws Street, Suite 500
New Orleans, LA 70139

12/5/20...

**File a Motion:**

19-13253 Offshore Marine Contractors, Inc.

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 2 (New Orleans) |
| Assets: y | Judge: JAB | Case Flag: PlnDue, DsclsDue |

**U.S. Bankruptcy Court**

**Eastern District of Louisiana**

Notice of Electronic Filing

The following transaction was received from Paul Douglas Stewart entered on 12/5/2019 at 12:58 PM CST and filed on 12/5/2019
**Case Name:** Offshore Marine Contractors, Inc.
**Case Number:** 19-13253
**Document Number:** 20

**Docket Text:**
Motion to Assume Lease or Executory Contract Filed by Paul Douglas Stewart Jr. of Stewart Robbins & Brown, LLC on behalf of Offshore Marine Contractors, Inc. (Stewart, Paul)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** MT to Assume BlueTide Agreement and Encore Vessel Boarding Agreements.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=988663450 [Date=12/5/2019] [FileNumber=11760887-0
] [6ae5bf34f14722befd3b7e4e349713128cfd7f59974e4adfd3f73a7cc2ac12d06d6
bee4d97b60995864f089eb75e9a41fd00202728b0c791d6b55e73d0b95561]]

**19-13253 Notice will be electronically mailed to:**

Brandon A. Brown on behalf of Debtor Offshore Marine Contractors, Inc.
bbrown@stewartrobbins.com,
kheard@stewartrobbins.com;jdelage@stewartrobbins.com;bbrown@ecf.courtdrive.com;kheard@ecf.courtdrive.com;aleblanc@ecf.courtdrive.com

Jan Marie Hayden on behalf of Creditor Caterpillar Financial Services Corporation
jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com

Benjamin West Janke on behalf of Creditor Caterpillar Financial Services Corporation
bjanke@bakerdonelson.com, kmiller@bakerdonelson.com

Philip Kirkpatrick Jones, Jr. on behalf of Creditor Bluehenge Capital Secured Debt SBIC, L.P.
pkjones@liskow.com, TJumonville@liskow.com

Dena L. Olivier on behalf of Creditor Bluehenge Capital Secured Debt SBIC, L.P.
dlolivier@liskow.com, tjumonville@liskow.com

Paul Douglas Stewart, Jr. on behalf of Debtor Offshore Marine Contractors, Inc.
dstewart@stewartrobbins.com,
jdelage@stewartrobbins.com;kheard@stewartrobbins.com;aleblanc@ecf.courtdrive.com;aleblanc@stewartrobbins.com;dstewart@ecf.courtdrive.com;kheard@ecf.courtdrive

Office of the U.S. Trustee
USTPRegion05.NR.ECF@usdoj.gov

**19-13253 Notice will not be electronically mailed to:**

Tina Jumonville
Liskow & Lewis
701 Poydraws Street, Suite 500
New Orleans, LA 70139

**File a Motion:**

19-13253 Offshore Marine Contractors, Inc.

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 2 (New Orleans) |
| Assets: y | Judge: JAB | Case Flag: PlnDue, DsclsDue |

**U.S. Bankruptcy Court**

**Eastern District of Louisiana**

Notice of Electronic Filing

The following transaction was received from Paul Douglas Stewart entered on 12/5/2019 at 1:08 PM CST and filed on 12/5/2019
**Case Name:** Offshore Marine Contractors, Inc.
**Case Number:** 19-13253
**Document Number:** 21

**Docket Text:**
Ex Parte Motion to Set Hearing (RE: related document(s)[19] Motion to Reject Lease or Executory Contract filed by Debtor Offshore Marine Contractors, Inc., [20] Motion to Assume Lease or Executory Contract filed by Debtor Offshore Marine Contractors, Inc.) Filed by Paul Douglas Stewart Jr. of Stewart Robbins & Brown, LLC on behalf of Offshore Marine Contractors, Inc. (Stewart, Paul)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** Motion for Special Setting on Assumption and Rejections Motions.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=988663450 [Date=12/5/2019] [FileNumber=11760890-0
] [3d74dd358e17852e8b78f9d036c786771aa8c0bd6e110b14764aa246ed44fe4a8a3
3532e6f77593a40a9a81e5ea8036bec526eb3d13ad22ae00dc33085a65f62]]

**19-13253 Notice will be electronically mailed to:**

Brandon A. Brown on behalf of Debtor Offshore Marine Contractors, Inc.
bbrown@stewartrobbins.com,
kheard@stewartrobbins.com;jdelage@stewartrobbins.com;bbrown@ecf.courtdrive.com;kheard@ecf.courtdrive.com;aleblanc@ecf.courtdrive.com

Jan Marie Hayden on behalf of Creditor Caterpillar Financial Services Corporation
jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com

Benjamin West Janke on behalf of Creditor Caterpillar Financial Services Corporation
bjanke@bakerdonelson.com, kmiller@bakerdonelson.com

Philip Kirkpatrick Jones, Jr. on behalf of Creditor Bluehenge Capital Secured Debt SBIC, L.P.
pkjones@liskow.com, TJumonville@liskow.com

Dena L. Olivier on behalf of Creditor Bluehenge Capital Secured Debt SBIC, L.P.
dlolivier@liskow.com, tjumonville@liskow.com

Paul Douglas Stewart, Jr. on behalf of Debtor Offshore Marine Contractors, Inc.
dstewart@stewartrobbins.com,
jdelage@stewartrobbins.com;kheard@stewartrobbins.com;aleblanc@ecf.courtdrive.com;aleblanc@stewartrobbins.com;dstewart@ecf.courtdrive.com;kheard@ecf.courtdrive

Office of the U.S. Trustee
USTPRegion05.NR.ECF@usdoj.gov

**19-13253 Notice will not be electronically mailed to:**

Tina Jumonville
Liskow & Lewis
701 Poydraws Street, Suite 500
New Orleans, LA 70139

**File a Motion:**

19-13253 Offshore Marine Contractors, Inc.

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 2 (New Orleans) |
| Assets: y | Judge: JAB | Case Flag: PlnDue, DsclsDue, ComplexCase |

**U.S. Bankruptcy Court**

**Eastern District of Louisiana**

Notice of Electronic Filing

The following transaction was received from Paul Douglas Stewart entered on 12/5/2019 at 2:12 PM CST and filed on 12/5/2019
**Case Name:** Offshore Marine Contractors, Inc.
**Case Number:** 19-13253
**Document Number:** 22

**Docket Text:**
Motion for Authority *and Approving Post-Petition Secured Financing*, in addition to Motion to Use Cash Collateral Filed by Paul Douglas Stewart Jr. of Stewart Robbins & Brown, LLC on behalf of Offshore Marine Contractors, Inc. (Stewart, Paul)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** FDM - Final DIP & CC with Exhibits.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=988663450 [Date=12/5/2019] [FileNumber=11761021-0
] [2ad926ac10be3cd8c1b3c8081f5e72447eace3671b6069168970d11e08a3c4582c0
d3d4fcc18fb0e34cde49e150033593117eef953fee6170d86675150b6c949]]

**19-13253 Notice will be electronically mailed to:**

Brandon A. Brown on behalf of Debtor Offshore Marine Contractors, Inc.
bbrown@stewartrobbins.com,
kheard@stewartrobbins.com;jdelage@stewartrobbins.com;bbrown@ecf.courtdrive.com;kheard@ecf.courtdrive.com;aleblanc@ecf.courtdrive.com

Jan Marie Hayden on behalf of Creditor Caterpillar Financial Services Corporation
jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com

Benjamin West Janke on behalf of Creditor Caterpillar Financial Services Corporation
bjanke@bakerdonelson.com, kmiller@bakerdonelson.com

Philip Kirkpatrick Jones, Jr. on behalf of Creditor Bluechenge Capital Secured Debt SBIC, L.P.
pkjones@liskow.com, TJumonville@liskow.com

Dena L. Olivier on behalf of Creditor Bluechenge Capital Secured Debt SBIC, L.P.
dlolivier@liskow.com, tjumonville@liskow.com

Paul Douglas Stewart, Jr. on behalf of Debtor Offshore Marine Contractors, Inc.
dstewart@stewartrobbins.com,
jdelage@stewartrobbins.com;kheard@stewartrobbins.com;aleblanc@ecf.courtdrive.com;aleblanc@stewartrobbins.com;dstewart@ecf.courtdrive.com;kheard@ecf.courtdrive

Office of the U.S. Trustee
USTPRegion05.NR.ECF@usdoj.gov

**19-13253 Notice will not be electronically mailed to:**

Tina Jumonville
Liskow & Lewis
701 Poydraws Street, Suite 500
New Orleans, LA 70139

12/5/20...      2/05/19 Syst...

**File a Motion:**

19-13253 Offshore Marine Contractors, Inc.

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 2 (New Orleans) |
| Assets: y | Judge: JAB | Case Flag: PlnDue, DsclsDue, ComplexCase |

**U.S. Bankruptcy Court**

**Eastern District of Louisiana**

Notice of Electronic Filing

The following transaction was received from Paul Douglas Stewart entered on 12/5/2019 at 2:22 PM CST and filed on 12/5/2019

**Case Name:** Offshore Marine Contractors, Inc.
**Case Number:** 19-13253
**Document Number:** 23

**Docket Text:**
Motion for Continuation of Utility Service and Approval of Adequate Assurance of Payment to Utility Company Under Section 366(b) Filed by Paul Douglas Stewart Jr. of Stewart Robbins & Brown, LLC on behalf of Offshore Marine Contractors, Inc. (Stewart, Paul)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** FDM - Utilities Motion.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=988663450 [Date=12/5/2019] [FileNumber=11761060-0
] [19913af4c321bbf8db7c5906fb1b835a4ca89ecbacfefba581027d4a55d05c905ca
391c8c6851184b62b5e07b95531db76c134890e5404712de58a51fe85a8c8]]

**19-13253 Notice will be electronically mailed to:**

Brandon A. Brown on behalf of Debtor Offshore Marine Contractors, Inc.
bbrown@stewartrobbins.com,
kheard@stewartrobbins.com;jdelage@stewartrobbins.com;bbrown@ecf.courtdrive.com;kheard@ecf.courtdrive.com;aleblanc@ecf.courtdrive.com

Jan Marie Hayden on behalf of Creditor Caterpillar Financial Services Corporation
jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com

Benjamin West Janke on behalf of Creditor Caterpillar Financial Services Corporation
bjanke@bakerdonelson.com, kmiller@bakerdonelson.com

Philip Kirkpatrick Jones, Jr. on behalf of Creditor Bluehenge Capital Secured Debt SBIC, L.P.
pkjones@liskow.com, TJumonville@liskow.com

Dena L. Olivier on behalf of Creditor Bluehenge Capital Secured Debt SBIC, L.P.
dlolivier@liskow.com, tjumonville@liskow.com

Paul Douglas Stewart, Jr. on behalf of Debtor Offshore Marine Contractors, Inc.
dstewart@stewartrobbins.com,
jdelage@stewartrobbins.com;kheard@stewartrobbins.com;aleblanc@ecf.courtdrive.com;aleblanc@stewartrobbins.com;dstewart@ecf.courtdrive.com;kheard@ecf.courtdrive

Office of the U.S. Trustee
USTPRegion05.NR.ECF@usdoj.gov

**19-13253 Notice will not be electronically mailed to:**

Tina Jumonville
Liskow & Lewis
701 Poydraws Street, Suite 500
New Orleans, LA 70139

**File a Motion:**

19-13253 Offshore Marine Contractors, Inc.

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 2 (New Orleans) |
| Assets: y | Judge: JAB | Case Flag: PlnDue, DsclsDue, ComplexCase |

**U.S. Bankruptcy Court**

**Eastern District of Louisiana**

Notice of Electronic Filing

The following transaction was received from Paul Douglas Stewart entered on 12/5/2019 at 2:27 PM CST and filed on 12/5/2019

**Case Name:**   Offshore Marine Contractors, Inc.
**Case Number:**   19-13253
**Document Number:** 26

**Docket Text:**
Motion to Pay *Pre-Petition Wages and Other Employee Benefits* Filed by Paul Douglas Stewart Jr. of Stewart Robbins & Brown, LLC on behalf of Offshore Marine Contractors, Inc. (Stewart, Paul)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**FDM - Employee Payroll Motion.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=988663450 [Date=12/5/2019] [FileNumber=11761080-0
] [24cb7d485983d8115de166dccf9d70957b2a085691120c69bd557cc8e938995b584
5b5f27e6da75b96b2e04bef9abb811b765f1df798d928fae41f1586fc0321]]

**19-13253 Notice will be electronically mailed to:**

Brandon A. Brown on behalf of Debtor Offshore Marine Contractors, Inc.
bbrown@stewartrobbins.com,
kheard@stewartrobbins.com;jdelage@stewartrobbins.com;bbrown@ecf.courtdrive.com;kheard@ecf.courtdrive.com;aleblanc@ecf.courtdrive.com

Christopher T. Caplinger on behalf of Interested Party Louis Eymard
ccaplinger@lawla.com, mlopez@lawla.com

Christopher T. Caplinger on behalf of Interested Party Michael Eymard
ccaplinger@lawla.com, mlopez@lawla.com

Christopher T. Caplinger on behalf of Interested Party Raimy Eymard
ccaplinger@lawla.com, mlopez@lawla.com

Jan Marie Hayden on behalf of Creditor Caterpillar Financial Services Corporation
jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com

Benjamin West Janke on behalf of Creditor Caterpillar Financial Services Corporation
bjanke@bakerdonelson.com, kmiller@bakerdonelson.com

Philip Kirkpatrick Jones, Jr. on behalf of Creditor Bluehenge Capital Secured Debt SBIC, L.P.
pkjones@liskow.com, TJumonville@liskow.com

Benjamin Kadden on behalf of Interested Party Louis Eymard
bkadden@lawla.com, mnguyen@lawla.com

Benjamin Kadden on behalf of Interested Party Raimy Eymard
bkadden@lawla.com, mnguyen@lawla.com

Dena L. Olivier on behalf of Creditor Bluehenge Capital Secured Debt SBIC, L.P.
dlolivier@liskow.com, tjumonville@liskow.com

Paul Douglas Stewart, Jr. on behalf of Debtor Offshore Marine Contractors, Inc.
dstewart@stewartrobbins.com,
jdelage@stewartrobbins.com;kheard@stewartrobbins.com;aleblanc@ecf.courtdrive.com;aleblanc@stewartrobbins.com;dstewart@ecf.courtdrive.com;kheard@ecf.courtdrive

Office of the U.S. Trustee
USTPRegion05.NR.ECF@usdoj.gov

**19-13253 Notice will not be electronically mailed to:**

Tina Jumonville
Liskow & Lewis
701 Poydraws Street, Suite 500
New Orleans, LA 70139

**File a Motion:**

19-13253 Offshore Marine Contractors, Inc.

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 2 (New Orleans) |
| Assets: y | Judge: JAB | Case Flag: PlnDue, DsclsDue, ComplexCase |

### U.S. Bankruptcy Court

### Eastern District of Louisiana

Notice of Electronic Filing

The following transaction was received from Paul Douglas Stewart entered on 12/5/2019 at 2:39 PM CST and filed on 12/5/2019

**Case Name:** Offshore Marine Contractors, Inc.
**Case Number:** 19-13253
**Document Number:** 27

**Docket Text:**
Ex Parte Motion to Expedite Hearing (RE: related document(s)[12] Motion to Pay filed by Debtor Offshore Marine Contractors, Inc., [14] Motion for Authority filed by Debtor Offshore Marine Contractors, Inc., [22] Motion for Authority filed by Debtor Offshore Marine Contractors, Inc., Motion to Use Cash Collateral, [23] Motion for Continuation of Utility Service filed by Debtor Offshore Marine Contractors, Inc., [26] Motion to Pay filed by Debtor Offshore Marine Contractors, Inc.) Filed by Paul Douglas Stewart Jr. of Stewart Robbins & Brown, LLC on behalf of Offshore Marine Contractors, Inc. (Stewart, Paul)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** FDM - Request Emerg Consideration FDMs.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=988663450 [Date=12/5/2019] [FileNumber=11761095-0
] [8520ab409d86084186f6ac923a164a7a9bd405a2caeddd51937e44610f437efd868
c5879e05747ad8ced53b0bdba0588a2846c5c9af9172ad873d7265ff1a291]]

**19-13253 Notice will be electronically mailed to:**

Brandon A. Brown on behalf of Debtor Offshore Marine Contractors, Inc.
bbrown@stewartrobbins.com,
kheard@stewartrobbins.com;jdelage@stewartrobbins.com;bbrown@ecf.courtdrive.com;kheard@ecf.courtdrive.com;aleblanc@ecf.courtdrive.com

Christopher T. Caplinger on behalf of Interested Party Louis Eymard
ccaplinger@lawla.com, mlopez@lawla.com

Christopher T. Caplinger on behalf of Interested Party Michael Eymard
ccaplinger@lawla.com, mlopez@lawla.com

Christopher T. Caplinger on behalf of Interested Party Raimy Eymard
ccaplinger@lawla.com, mlopez@lawla.com

Jan Marie Hayden on behalf of Creditor Caterpillar Financial Services Corporation
jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com

Benjamin West Janke on behalf of Creditor Caterpillar Financial Services Corporation
bjanke@bakerdonelson.com, kmiller@bakerdonelson.com

Philip Kirkpatrick Jones, Jr. on behalf of Creditor Bluehenge Capital Secured Debt SBIC, L.P.
pkjones@liskow.com, TJumonville@liskow.com

Benjamin Kadden on behalf of Interested Party Louis Eymard
bkadden@lawla.com, mnguyen@lawla.com

Benjamin Kadden on behalf of Interested Party Raimy Eymard
bkadden@lawla.com, mnguyen@lawla.com

Dena L. Olivier on behalf of Creditor Bluehenge Capital Secured Debt SBIC, L.P.
dlolivier@liskow.com, tjumonville@liskow.com

Paul Douglas Stewart, Jr. on behalf of Debtor Offshore Marine Contractors, Inc.
dstewart@stewartrobbins.com,
jdelage@stewartrobbins.com;kheard@stewartrobbins.com;aleblanc@ecf.courtdrive.com;aleblanc@stewartrobbins.com;dstewart@ecf.courtdrive.com;kheard@ecf.courtdrive

Office of the U.S. Trustee
USTPRegion05.NR.ECF@usdoj.gov

**19-13253 Notice will not be electronically mailed to:**

Tina Jumonville
Liskow & Lewis
701 Poydraws Street, Suite 500
New Orleans, LA 70139

**EXHIBIT "B"**

| Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|
| A&A Brokers, LLC | c/o Charles Bourque Jr. & Joseph Jevic | 315 Barrow St. | Houma | LA | 70360 |
| Acadiana Diesel Fuel Injection | 2615 Jefferson Island Rd. | | New Iberia | LA | 70560-2896 |
| Acadiana Hydraulic Works, Inc. | 1608 W. Admiral Doyle Dr., Lot 2 | | New Iberia | LA | 70560 |
| All American Paint & Supply | P.O. Box 3729 | | Houma | LA | 70361-3729 |
| All American Paint & Supply | 9188 E. Main St., | | Houma | LA | 70363 |
| AM Supply | 17961 Hwy, 3235 | | Galliano | LA | 70354 |
| American Recovery | 16201 East Main St. | | Cut Off | LA | 70345 |
| Attorney General of the United States | US Department of Justice | 950 Pennsylvania Avenue, NW | Washington | DC | 20530 |
| Attorney General of the USA | Department of Justice | 10th & Constitution Ave., NW | Washington | DC | 20530 |
| Avis J. Bourg, Jr. | #4 Marigold Dr. | | Covington | LA | 70433 |
| Beverly Eymard, LLC | c/o Martin S. Bohman | 133 West 113th Street | Cut Off | LA | 70345 |
| Blue Tide Communications, Inc. | Kevin M. Delcambre | 200 Cummings Rd. | Broussard | LA | 70518 |
| Blue Tide Communications, Inc. | 117 Nolan Rd. | | Broussard | LA | 70518 |
| Bluehenge Capital Secured Debt SBIC, LP | 400 Convention St., Suite 1060 | | Baton Rouge | LA | 70802 |
| Bluetide Communications | 117 Nolan Rd. | | Broussard | LA | 70518 |
| Bluewater Rubber & Gasket | P.O. Drawer 190 | | Houma | LA | 70361 |
| Bluewater Rubber & Gasket | 1131 Barrow St. | | Houma | LA | 70360 |
| Broussard Brothers, Inc. | 501A South Main St. | | Abbeville | LA | 70510 |
| Callais Office Supply | 14402 West Main | | Cut Off | LA | 70345 |
| Canon Solutions America | 15004 Collection Center Dr. | | Chicago | IL | 60693 |
| Caterpillar Financial Services | 2120 West End Ave. | | Nashville | TN | 37203 |
| CB Electrical Supplies | 221 Railroad Ave. | | Morgan City | LA | 70380 |
| Christopher Matthew Hannan | Baker Donelson | 201 St. Charles Ave., Suite 3600 | New Orleans | LA | 70170 |
| Complete Occupational Health | 13554 Hwy. 3235 | | Larose | LA | 70373 |
| Cummins Mid-South, LLC | 7388 Highway 182 | | Morgan City | LA | 70380 |
| Custom Abrasives, LLC | 2525 Bay Area Blvd., Suite 290 | | Houston | TX | 77058 |
| David Kearns | Tax Division USDOJ | PO Box 14198 Ben Franklin Statio | Washington | DC | 20530 |
| Diesel Source Inc. | P.O. Box 8014 | | Houma | LA | 70361 |
| Diesel Source, Inc. | 158 Technology Lane | | Gray | LA | 70359 |
| District Counsel | Internal Revenue Service | Post Office Box 21126 | Philadelphia | PA | 19114-0326 |
| EBR Services, LLC | P.O. Box 386 | | Abbeville | LA | 70511-0386 |
| EBR Services, LLC | 102 Roto Park Dr. | | Broussard | LA | 70518 |
| Encore Food Services | 231 Capital Blvd. | | Houma | LA | 70360 |
| Encore Food Services | P.O. Box 4193 | | Houma | LA | 70361 |
| Encore Food Services, LLC | Myron Lopez | 231 Capital Blvd. | Houma | LA | 70360 |
| Encore Food Services, LLC | P.O. Box 4193 | | Houma | LA | 70361 |
| ES&H Consulting & Training Group | 1730 Coteau Rd. | | Houma | LA | 70364 |
| Expert Technology | 11878 Hwy. 308 | | Larose | LA | 70373 |
| Express Supply & Steel | P.O. Box 5091 | | Houma | LA | 70361-5091 |

Case 19-13353 Doc 28 Filed 12/05/19 Entered 12/05/19 14:07 Main Document Page 21

| Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|
| Express Supply & Steel | 932 Highway 182 | | Raceland | LA | 70394 |
| Extreme Welding Service, LLC | P.O. Box 1256 | | Raceland | LA | 70394 |
| Extreme Welding Services, LLC | c/o Adrien Danos | 18367 Hwy. 3235 | Galliano | LA | 70354 |
| Fastenal Company | P.O. Box 978 | | Winona | MN | 55987-0978 |
| Fastenal Company | 2001 Theurer Blvd. | | Winona | MN | 55987 |
| Fleet Supply | P.O. Box 9055 | | Houma | LA | 70361 |
| Fleet Supply | 1714 Barrow St. | | Houma | LA | 70360 |
| Forefront Emergency Management, LP | 2802 Flintrock Trace # B104 | | Lakeway | TX | 78738 |
| Gator Rigging, Inspection, Testing | P.O. Box 2316 | | Morgan City | LA | 70381 |
| Gator Rigging, Inspection, Testing & Su | 9607 Highway 182 E | | Morgan City | LA | 70380 |
| General Counsel's Office | Internal Revenue Service | 600 S. Maestri Place, Ste 947 | New Orleans | LA | 70130 |
| Glencor, Inc. | Attn: Charles R. Glenn | 11200 West 191st Street | Spring Hill | KS | 66083 |
| Glencor, Inc. | Tony Staines - Staines & Eppling | 3500 N. Causeway Blvd., Ste. 820 | Metairie | LA | 70002 |
| Glencor, Inc. | Attn: Charles R. Glenn | 11200 West 191st Street | Spring Hill | KS | 66083 |
| Global Data Systems, Inc. | Attn: Mark Ditsious | 310 Laser Lane | Lafayette | LA | 70507 |
| Go Marine Services | P.O. Box 1698 | | Mandeville | LA | 70470 |
| Go Marine Services | 101 Ashland Way | | Madisonville | LA | 70447 |
| Golden Meadow True Value | P.O. Box 667 | 205 North Bayou Rd. | Golden Meadow | LA | 70357 |
| Gulf Crane Services, Inc. | P.O. Box 1843 | | Covington | LA | 70434-1843 |
| Gulf Crane Services, Inc. | c/o Charles Bollinger | 73413 Bollfield Rd. | Covington | LA | 70435 |
| Hanagriff's Machine Shop | P.O. Box 9 | | Centerville | LA | 70522 |
| Hanagriff's Machine Shop | 8728 Hwy. 182 | | Centerville | LA | 70522 |
| Hose Speciality & Supply | c/o Crescent City Corp. | 701 Poydras St., Suite 3600 | New Orleans | LA | 70139 |
| Hose Specialty & Supply | P.O. Box 841388 | | Dallas | TX | 75284-1388 |
| Internal Revenue Service* | Box 7346 | | Philadelphia | PA | 19101-7346 |
| J. Eric Lockridge | Kean Miller LLP | 400 Convention St., Suite 700 | Baton Rouge | LA | 70802 |
| James R. Chastain, Jr. | Kean Miller, LLP | 400 Convention St., Suite 700 | Baton Rouge | LA | 70802 |
| Kristen Lewis Hayes | Baker Donelson | 201 St. Charles Ave., Suite 3600 | New Orleans | LA | 70170 |
| Lafourche Parish Sheriff's Office | P.O. Box 5608 | | Thibodaux | LA | 70302-5608 |
| Larose Upholstery | P.O. Box 364 | | Larose | LA | 70373 |
| Lexie Water Association, Inc. | 302 Hwy. 27 South | P.O. Box 167 | Tylertown | MS | 39667 |
| Louis J. Eymard, II | 121 Safari Heights | | Cut Off | LA | 70345 |
| Louisiana Machinery | 3799 West Airline Hwy. | | Reserve | LA | 70084 |
| M&A Safety Services | 1210 Import Dr. | | New Iberia | LA | 70560 |
| Marine Industrial Fabricators | P.O. Box 9218 | | New Iberia | LA | 70562 |
| Marine Industrial Fabricators | Port of Iberia | 4912 Marina Rd. | New Iberia | LA | 70560 |
| Maritime Safety Solutions, LLC | 14626 West Main St. | P.O. Box 538 | Cut Off | LA | 70345 |
| Marsh USA, Inc. | One Shell Square | 701 Poydras St., Suite 4125 | New Orleans | LA | 70139 |
| Marsh, Inc. | P.O. Box 846015 | | Dallas | TX | 75284-6015 |

Case 18-13255 Doc 28 Filed 12/05/18 Entered 12/05/18 14:07 Main Document Page 19 of 21

| Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|
| MC Electric | P.O. Box 930 | | Amelia | LA | 70340 |
| MC Electric | 326 Degravelle Rd. | | Amelia | LA | 70340 |
| Melaco Sisters | P.O. Box 417 | 16230 Hwy. 3235 | Cut Off | LA | 70345 |
| Michael L. Vincenzo | King & Jurgens, LLC | 201 St. Charles Ave., 45th Floor | New Orleans | LA | 70170 |
| Michael M. Eymard | 16379 Hwy 3235 | | Cut Off | LA | 70345 |
| Mississippi River Bank | Belle Chasse Main Office | 8435 Hwy. 23 | Belle Chasse | LA | 70037 |
| Motion Industries | 5837 Hwy. 311 | | Houma | LA | 70360 |
| Norma M. Lirette | 1261 Roberts St. | | Houma | LA | 70364 |
| Nuts & Bolts, Inc. | 6950 Alma St. | | Houma | LA | 70364 |
| Office of the US Attorney | 501 Magazine St; Ste 210 | | New Orleans | LA | 70130 |
| Office of the US Trustee | Texaco Ctr, Ste 2110 | 400 Poydras Street | New Orleans | LA | 70130 |
| Parkway Services Group | P.O. Box 842065 | | Boston | MA | 02284-2065 |
| Patrick K. Reso | Seale & Ross, P.L.C. | 200 North Cate St. | Hammond | LA | 70404 |
| Paul's Agency | P.O. Box 1599 | | Gray | LA | 70359 |
| Provisions Energy & Marine Support | P.O. Box 516 | | Broussard | LA | 70518 |
| Provisions Energy & Marine Support | CTD Legacy, LLC | 204 Jared Dr. | Broussard | LA | 70518 |
| Quality Paint & Supply | 18297 La Hwy. 3235 | | Galliano | LA | 70354 |
| Raimy D. Eymard | 571 West 159th Street | | Galliano | LA | 70354 |
| Richard L. Traina | Seale & Ross, P.L.C. | 200 North Cate St. | Hammond | LA | 70404 |
| Richard's Restaurant Supply | P.O. Box 4035 | | Houma | LA | 70361 |
| Richard's Restaurant Supply | 235 S. Hollywood Rd. | | Houma | LA | 70360 |
| Safety & Training Consultants, LLC | 219 Venture Blvd. | | Houma | LA | 70360 |
| Safezone Safety Systems, LLC | P.O. Box 1923 | | Gray | LA | 70359 |
| Schambo Manufacturing, LLC | 100 Lemedicin Rd. | | Cancro | LA | 70520 |
| Scurlock Electric, LLC | 1903 Grand Caillou Rd. | | Houma | LA | 70360 |
| Sea Ropes Complaint Rigging & Testing | 189 Thompson Rd. | | Houma | LA | 70363 |
| Sea Safety & Survival, Inc. | 128 Thompson Rd. | | Houma | LA | 70363 |
| Sean T. McLaughlin | McClain & Schonekas | 909 Poydras St., Suite 3600 | New Orleans | LA | 70112 |
| Sewart Supply, Inc. | 1617 Hwy. 90 E | P.O. Drawer L | Morgan City | LA | 70381 |
| Sonia Poincon | Bobby J. Delise & Jeannette M. Delise | 5190 Canal Blvd., Suite 103 | New Orleans | LA | 70124 |
| Sonia Poincon | Alton J. Hall, Jr. | 528 W. 21st Ave. | Covington | LA | 70433 |
| Southern Crane & Hydraulics | 215 Bridge Rd. | | Houma | LA | 70363 |
| Southern Crane & Hydraulics, LLC | P.O. Box 39 | | Borg | LA | 70343 |
| Southern Home Furnishing | P.O. Box 1299 | | Larose | LA | 70373 |
| Southern Home Furnishings | 14814 West Main St. | | Cut Off | LA | 70345 |
| Synergy Resources, LLC | P.O. Box 53508 | | Lafayette | LA | 70505 |
| Synergy Resources, LLC | 5900 U.S. Highway 90 East | | Broussard | LA | 70518 |
| Taylor Tool & Supply | 1011 Granada Dr. | | New Iberia | LA | 70560 |
| The US Maritime Administration (MARAD) | U.S. Department of Transportation | 1200 New Jersey Avenue S.E. | Washington | DC | 20590 |

Case 19-13850 Doc 28 Filed 12/05/19 Entered 12/05/19 13:14:07 Main Document Page 2H

| | | | |
|---|---|---|---|
| U.S. Attorney for the EDLA | 650 Poydras Street, Suite 1600 | New Orleans | LA | 70130 |
| United Community Bank | 13386 West Main St. | Larose | LA | 70373 |
| Unlimited Control & Supply | P.O. Box 1894 | Houma | LA | 70361 |
| Unlimited Control & Supply | 1043 West Tunnel Blvd. | Houma | LA | 70360 |
| Vida Paint & Supply | 811 Hilda St. | Morgan City | LA | 70380 |
| Vida Paint & Supply Inc. | P.O. Box 2706 | Morgan City | LA | 70381 |