**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| | ) | |
| **In re** | ) | **Case No. 19-13253** |
| | ) | |
| **Offshore Marine Contractors, Inc.,** | ) | **Chapter 11** |
| | ) | |
| **Debtor.** | ) | **Section B** |
| | ) | |
| | ) | |

**NOTICE OF AGENDA FOR DECEMBER 9, 2019**

UNCONTESTED MATTERS:

1.  Motion to Approve Compensation and Payments to Insiders (the "Insiders Pay Motion") [P-12]

    Objection Deadline:      December 9, 2019 at 12:00 p.m.CST

    Related Pleadings:       None

    Related Exhibits:        Declaration of Raimy D. Eymard in Support of
                             First Day Motions

    Status:                  This matter is going forward with no current objection.

2.  Motion for Order Authorizing (I) Continued Use of Existing Business Forms and Records and (II) Maintenance of Existing Corporate Bank Accounts and Cash Management System (the "Cash Management Motion"[P-14]

    Objection Deadline:      December 9, 2019 at 12:00 p.m.CST

    Related Pleadings:       None

    Related Exhibits:        Declaration of Raimy D. Eymard in Support of
                             First Day Motions

    Status:                  This matter is going forward with no current objection.

3. Motion for Order Authorizing and Approving Post-Petition Secured Financing and Authority to Use Cash Collateral (the "DIP Financing Motion") [P-22]

    Objection Deadline:    December 9, 2019 at 12:00 p.m.CST

    Related Pleadings:    None

    Related Exhibits:    Declaration of Raimy D. Eymard in Support of First Day Motions

    Status:    This matter is going forward with no current objection.

4. Motion for Interim and Final Orders Pursuant to Section 366 of the Bankruptcy Code (I) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Utility Services, (II) Deeming Utility Companies Adequately Assured of Future Performance, and (III) Establishing Procedures for Determining Adequate Assurance of Payment (the "Utilities Motion") [P-23]

    Objection Deadline:    December 9, 2019 at 12:00 p.m.CST

    Related Pleadings:    None

    Related Exhibits:    Declaration of Raimy D. Eymard in Support of First Day Motions

    Status:    This matter is going forward with no current objection.

5. Motion for Authority to Pay Pre-Petition Wages and Other Employee Benefits (the "Payroll Motion") [P-26]

    Objection Deadline:    December 9, 2019 at 12:00 p.m.CST

    Related Pleadings:    None

    Related Exhibits:    Declaration of Raimy D. Eymard in Support of First Day Motions

    Status:    This matter is going forward with no current objection.

Dated: December 6, 2019

Respectfully Submitted,

**STEWART ROBBINS BROWN & ALTAZAN LLC**
301 Main Street, Suite 1640
P. O. Box 2348
Baton Rouge, LA 70821-2348
(225) 231-9998 Telephone
(225) 709-9467 Fax

By:   /s/ Paul Douglas Stewart, Jr.
Paul Douglas Stewart, Jr. (La. #24661)
dstewart@stewartrobbins.com
Brandon A. Brown (La. #25592)
bbrown@stewartrobbins.com

*Proposed Counsel for Offshore Marine Contractors, Inc.*