IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | ) | |
|---|---|---|
| **In re** | ) | Case No. 19-13253 |
| | ) | |
| **Offshore Marine Contractors, Inc.,** | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Section B |
| | ) | |
| | ) | |

**FINAL ORDER AUTHORIZING AND
APPROVING POST-PETITION SECURED INITIAL FINANCING
AND AUTHORITY TO USE CASH COLLATERAL**

**THIS MATTER** was scheduled to come before the Court on January 3, 2020 (the "Final Hearing") without opposition upon the motion (the "DIP and Cash Collateral Motion") (R.Doc. 22) of the debtor and debtor in possession (the "Debtor") in the above-captioned Chapter 11 case (the "Case") pursuant to sections 101, 105, 361, 363, 364, 365, and 507 of title 11 of the United States Code, Rules 2002, 4001, 6003 and 9014 and Rule IX of the *General Order Regarding Procedures for Complex Chapter 11 Cases* for use in the Bankruptcy Court in the Eastern District of Louisiana (the "Court") seeking entry of a Final order (this "Final Order") upon the DIP and Cash Collateral Motion. The Court having considered the DIP and Cash Collateral Motion and the exhibits attached thereto; and the evidence submitted or adduced and the arguments of counsel made at the interim hearing; the lack of opposition to the Final Order; and notice of the Final Hearing having been given in accordance with Bankruptcy Rules 2002, 4001(b), (c), and (d), and 9014; and it appearing to the Court that granting the relief requested is fair and reasonable and in the best interests of the Debtor, its estate, and its creditors and equity holders, and is essential for the continued operation of the Debtor's business; and after due deliberation and consideration, and for good and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED** that the terms of the Interim Order entered December 16, 2019 [P-71] be and are hereby made final and incorporated herein as if copied *in extenso*, with the term "interim" replaced in all circumstances with "final." All other terms and provisions of the Interim Order, as so modified shall continue in full force and effect, except that the authority to borrow funds under the DIP Facility and to use cash collateral shall be subject to the final Budget attached hereto as **Exhibit A**.

**IT IS FURTHER ORDERED** that counsel for the Debtor shall serve this Order on the required parties who will not receive notice through the ECF System pursuant to the Bankruptcy and Local Rules and file a Certificate of Service to that effect within three (3) business days.

New Orleans, Louisiana, January 2, 2020.

*J. A. Brown*
Jerry A. Brown
U.S. Bankruptcy Judge