# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: | CASE NO. 19-13253 |
| OFFSHORE MARINE CONTRACTORS, INC. | CHAPTER 11 |
| Debtor | SECTION B |

## ORDER

Considering the hearing scheduled for March 18, 2020 on the Motion for Relief from Automatic Stay to Allow Civil Litigation to Proceed filed by Jared Price **(P-184)**, proper notice having been given and no objections having been filed,

**IT IS HEREBY ORDERED** that the Creditor, JARED PRICE's Motion for Relief from Automatic Stay to Allow Civil Litigation to Proceed **(P-184)** is **GRANTED**. The automatic stay established by the instant bankruptcy is hereby lifted for the sole and limited purposes of permitting the Creditor to exercise his rights in the Federal Western District of Louisiana, Lake Charles Division in the matter entitled *Jared Price v. Quality Energy Services, Inc., et al*, Civil Action No. Case 2:17-cv-01279. Creditor may not seek through this litigation any judgment against the Debtor which exposes it to any direct liability or to enforce any such judgment against the Debtor in the future. Debtor is to remain a nominal defendant in the civil litigation only.

**IT IS FURTHER ORDERED** that counsel shall serve this order on the required parties who will not receive notice through the ECF system pursuant to the FRBP and the LBR's and file a certificate of service to that effect within three days.

New Orleans, Louisiana, March 13, 2020.

*J. A. Brown*

Hon. Jerry A. Brown
U.S. Bankruptcy Judge