# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re | Case No. 19-13253 |
| Offshore Marine Contractors, Inc., | Chapter 11 |
| Debtor. | Section B |
| | Related Pleading No. 217 |

## *EX PARTE* MOTION TO EXPEDITE HEARING ON COMPROMISE AND SALE MOTION

**NOW INTO COURT**, through undersigned counsel, comes Offshore Marine Contractors, Inc. (the "Debtor"), as debtor in possession in the above-captioned matter, who requests that an expedited hearing be set on the Debtor's *Expedited Motion for (I) Approval of Compromise with Caterpillar Financial Services and Guarantors and Related (II) Private Sale of L/B Raimy Eymard to JAD Construction Limited, a Nigerian Company; and (III) for Related Relief* [P-217] (the "Compromise and Sale Motion") for April 20, 2020. In support, the Debtor represents as follows:

### Jurisdiction and Venue

1. This Court has jurisdiction to consider the subject matter of this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a "core" proceeding within the meaning of 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

### Background

2. The Debtor commenced this case on December 4, 2019 by filing a voluntary petition for relief under chapter 11, Title 11 United States Code. [P-1]. The Debtor continues to operate its business and manage its property as a debtor in possession pursuant to 11 U.S.C. §§ 1107 and 1108. No trustee or examiner has been requested or appointed, and no official committee of creditors or equity interest holders has been established.

1

## The Compromise and Sale Motion

3. Through the Compromise and Sale Motion, the Debtor seeks the entry of an order approving (I) a compromise between the (i) Debtor, (ii) Michael M. Eymard, Raimy D. Eymard and Louis J. Eymard, II (the "Guarantors"), and (iii) Caterpillar Financial Services ("Caterpillar") regarding the disposition of the Debtor's vessel the L/B Raimy Eymard Official Number 1249839 (the "Vessel") and Caterpillar's concomitant secured and unsecured claims, through a settlement agreement and (II) the related sale of the Vessel to JAD Construction Limited, a Nigerian Company ("JAD") for total consideration of $5.45MM, through an asset purchase agreement.

4. There are multiple exigencies applicable to the Compromise and Sale Motion, including without limitation, (i) the abatement of adequate protection payments, (ii) the agreement to stand-down all litigation between the Parties, and (iii) the requirement that the Sale of the Vessel be accomplished by no later than May 15, 2020.

5. Accordingly, the Debtor requests that the Compromise and Sale Motion be heard on April 20, 2020 at 9:00 a.m., with a response date of April 17, 2020 at 12:00 p.m.

6. Undersigned counsel has contacted counsel for Caterpillar and the Guarantors, who expressed consent to the expedited hearing.

**WHEREFORE**, the Debtor requests that this Court enter an order, substantially in the form attached hereto as **Exhibit "A,"** setting an expedited hearing on the Compromise and Sale Motion on April 20, 2020 at 9:00 a.m., with a response date of April 17, 2020 at 12:00 p.m.

[*Signatures continued to following page*.]

Respectfully Submitted,

**STEWART ROBBINS BROWN & ALTAZAN, LLC**
301 Main Street, Suite 1640
P. O. Box 2348
Baton Rouge, LA  70821-2348
(225) 231-9998 Telephone
(225) 709-9467 Fax

By:   /s/ *Paul Douglas Stewart, Jr.*
      Paul Douglas Stewart, Jr. (La. #24661)
      dstewart@stewartrobbins.com

      ***Counsel for Offshore Marine Contractors, Inc.***

**EXHIBIT A**
**PROPOSED ORDER**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re | ) | Case No. 19-13253 |
| | ) | |
| Offshore Marine Contractors, Inc., | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Section B |
| | ) | |
| | ) | Related Pleading No. 217 |

## ORDER GRANTING *EX PARTE* MOTION TO EXPEDITE HEARING COMPROMISE AND SALE MOTION

**CONSIDERING** the Debtor's *Expedited Motion for (I) Approval of Compromise with Caterpillar Financial Services and Guarantors and Related (II) Private Sale of L/B Raimy Eymard to JAD Construction Limited, a Nigerian Company; and (III) for Related Relief* [P-217], the record of the case, applicable law, good cause appearing therefore, and lack of opposition thereto:

**IT IS ORDERED** that the Motion to Expedite is **GRANTED**;

**IT IS FURTHER ORDERED** that an expedited hearing shall be held on the *Debtor-in-Possession's Expedited Motion for (I) Approval of Compromise with Caterpillar Financial Services and Guarantors and Related (II) Private Sale of L/B Raimy Eymard to JAD Construction Limited, a Nigerian Company; and (III) for Related Relief* [P-217] (the "Motion to Compromise and Sell") on April 20, 2020 at 9:00 a.m. Central Time.

**IT IS FURTHER ORDERED** that the hearing on the Motion to Compromise and Sell shall be held telephonically or by video conference, as applicable, pursuant to this Court's Amended General Order 2020-2.

**IT IS FURTHER ORDERED** that any response to the Motion to Compromise shall be filed with the Court by no later than April 17, 2020 at 12:00 p.m.

**IT IS FURTHER ORDERED** that, absent timely opposition, the Motion to Compromise and Sell may be considered uncontested and entered without a hearing.

**IT IS FURTHER ORDERED** that counsel for the Debtor shall immediately serve this Order on the required parties who will not receive notice through the ECF System pursuant to the Bankruptcy and Local Rules and file a Certificate of Service to that effect within three (3) business days.