# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re** | ) | Case No. 19-13253 |
| | ) | |
| **Offshore Marine Contractors, Inc.,** | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Section B |
| | ) | |

## ORDER GRANTING MOTION TO REJECT CAPITAL CONSTRUCTION FUND AGREEMENT PURSUANT TO 11 U.S.C. § 365

**CONSIDERING** the hearing scheduled for May 6, 2020 on the *Motion to Reject Capital Construction Fund Agreement Pursuant to 11 U.S.C. § 365* [**P-222**] (the "Motion to Reject") filed by the Debtor, the record of the case, applicable law, due and proper notice having been given, lack of opposition thereto, and good cause appearing therefore:

**IT IS ORDERED** that the Motion to Reject is **GRANTED**;

**IT IS FURTHER ORDERED** that the Debtor be authorized and is hereby deemed to reject that certain *Capital Construction Fund Agreement* dated September 7, 2006, a copy of which is attached to this Order as Exhibit "A;" and

**IT IS FURTHER ORDERED** that the Debtor shall serve this Order on the required parties who will not receive notice through the ECF system pursuant to the Federal Rules of Bankruptcy Procedure and the Local Rules and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, May 4, 2020.

*J. A. Brown*

Hon. Jerry A. Brown
U.S. Bankruptcy Judge

**EXHIBIT A TO ORDER**
**CCF AGREEMENT**